**B1 (Official Form 1) (4/10)**

| UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION (CHICAGO) | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): **DeCanio Builders Supply Company, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **36-2739072** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): **738 North California Avenue Chicago, IL**      ZIP CODE **60612-1113** | Street Address of Joint Debtor (No. and Street, City, and State):      ZIP CODE |
| County of Residence or of the Principal Place of Business: **Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): **PO Box 12379 Chicago, IL**      ZIP CODE **60612** | Mailing Address of Joint Debtor (if different from street address):      ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):      ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [x] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

B1 (Official Form 1) (4/10)                                                                                          Page 2

| # Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): **DeCanio Builders Supply Company, Inc.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor   (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☑ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**X** _____<br>Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2011 (Build 9.0.80.3, ID 0797551177)*

B1 (Official Form 1) (4/10)                                                                                                                    Page 3

## Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):  **DeCanio Builders Supply Company, Inc.**

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7]  I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition]  I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_____

X_____

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition.  A certified copy of the order granting recognition of the foreign main proceeding is attached.

X_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

---

**Signature of Attorney***

X  **/s/ Charles Wm. Dobra**
_____
**Charles Wm. Dobra**                        Bar No. **0647039**
**cdobralaw@sbcglobal.net**

**Charles Wm. Dobra, Ltd.**
**675 E. Irving Park Road**
**Suite 100**
**Roselle, IL 60172**

Phone No. **(630) 893-2494**        Fax No. **(630) 893-2497**

**1/26/2011**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)  (Required by 11 U.S.C. § 110.)

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**DeCanio Builders Supply Company, Inc.**

X  **/s/ Edward Schmidl**
_____
Signature of Authorized Individual

**Edward Schmidl**
_____
Printed Name of Authorized Individual

**CFO**
_____
Title of Authorized Individual

**1/26/2011**
_____
Date

_____
Address
X_____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2011 (Build 9.0.80.3, ID 0797551177)*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:   **DeCanio Builders Supply Company, Inc.**                    CASE NO

                                                                      CHAPTER   **11**

## EXHIBIT "A" TO VOLUNTARY PETITION

---

1.  Debtor's employer identification number is_____**36-2739072**_____.

2.  If any of debtor's securities are registered under section 12 of the Securities and Exchange Act of 1934, the SEC file number is_____.

3.  The following financial data is the latest available information and refers to the debtor's condition on____**12/31/2010**____.

   a. Total Assets                    $1,799,878.50

   b. Total Liabilities               $1,085,527.89

| Secured debt | Amounts | Approximate number of holders |
|---|---|---|
| Fixed, liquidated secured debt | $0.00 | 0 |
| Contingent  secured debt | $0.00 | 0 |
| Disputed secured debt | $0.00 | 0 |
| Unliquidated secured debt | $0.00 | 0 |
| **Unsecured debt** | **Amounts** | **Approximate number of holders** |
| Fixed, liquidated unsecured debt | $784,535.88 | 151 |
| Contingent  unsecured debt | $296,792.01 | 13 |
| Disputed unsecured debt | $296,792.01 | 2 |
| Unliquidated unsecured debt | $300,992.01 | 15 |
| **Stock** | **Amounts** | **Approximate number of holders** |
| Number of shares of preferred stock | | |
| Number of shares of common stock | | |

*Comments, if any*

---

4.  Brief description of debtor's business:
    *Purveryor of building supplies to contractors, etc.*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

IN RE:   **DeCanio Builders Supply Company, Inc.**                    CASE NO

                                                                CHAPTER    **11**

## EXHIBIT "A" TO VOLUNTARY PETITION

*Continuation Sheet No. 1*

| |
|---|
| 5.  List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 20% or more of the voting securities of the debtor:<br><br>*Catherine DeCanio* |
| 6.  List the name of all corporations 20% or more of the outstanding voting securities of which are directly or indirectly owned, controlled, or held, with power to vote, by debtor: |

I, _____**Edward Schmidl**_____ , the _____**CFO**_____ of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Exhibit "A" to Voluntary Petition, and that it is true and correct to the best of my information and belief.

Date:___**1/26/2011**_____        Signature:___**/s/ Edward Schmidl**_____
                                                        ***Edward Schmidl***
                                                        **CFO**

B6A (Official Form 6A) (12/07)

In re  **DeCanio Builders Supply Company, Inc.**                           Case No. _____

                                                                                          (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 738 N. California Ave., Chicago, IL 60612 | Fee Simple Subject | | $1,262,500.00 | $0.00 |
| | | Total: | **$1,262,500.00** | |

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

In re  **DeCanio Builders Supply Company, Inc.**                    Case No. _____

(If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐  Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $146,450.*

☐  11 U.S.C. § 522(b)(2)
☐  11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Not Applicable | | | |
| *Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.* | | $0.00 | $0.00 |

B6D (Official Form 6D) (12/07)

In re  **DeCanio Builders Supply Company, Inc.**                    Case No. _____

                                                                                                      (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☑  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | Subtotal (Total of this Page) > | $0.00 | $0.00 |

| | | |
|---|---|---|
| Subtotal (Total of this Page) > | $0.00 | $0.00 |
| Total (Use only on last page) > | $0.00 | $0.00 |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

_____**No**_____ continuation sheets attached

B6E (Official Form 6E) (04/10)

In re **DeCanio Builders Supply Company, Inc.**                    Case No. _____

                                                                        (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☑ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**

Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**4**_____continuation sheets attached

B6E (Official Form 6E) (04/10) - Cont.

In re  **DeCanio Builders Supply Company, Inc.**                     Case No. _____
                                                                              (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Wages, salaries, and commissions |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: <br> **Adele M. Fahey** <br> **807 Deer Trail Lane** <br> **Oak Brook, IL 60523** | | DATE INCURRED: **7 to 12 2010** <br> CONSIDERATION: <br> **Personal loan** <br> REMARKS: | | | | $60,000.00 | $60,000.00 | $0.00 |
| ACCT #: <br> **John A. Greager** <br> **1263 Highland Avenue, Ste 1-S** <br> **Lombard, IL 60148** | | DATE INCURRED: **7 to 12 2010** <br> CONSIDERATION: <br> **Personal loan** <br> REMARKS: | | | | $54,000.00 | $54,000.00 | $0.00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. _____**1**_____ of _____**4**_____ continuation sheets       **Subtotals (Totals of this page) >** | $114,000.00 | $114,000.00 | $0.00 |
attached to Schedule of Creditors Holding Priority Claims

**Total >**
**(Use only on last page of the completed Schedule E.**
**Report also on the Summary of Schedules.)**

**Totals >**
**(Use only on last page of the completed Schedule E.**
**If applicable, report also on the Statistical Summary**
**of Certain Liabilities and Related Data.)**

B6E (Official Form 6E) (04/10) - Cont.

In re  **DeCanio Builders Supply Company, Inc.**                    Case No. _____
                                                                                    (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **xx-xx-xxx-xxx-0000**<br>**Cook County Collector**<br>P. O. Box 7552<br>**Chicago, IL 60680-7552** | | DATE INCURRED: **11/09**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | **$38,000.00** | **$0.00** | **$38,000.00** |
| ACCT #: **xx-xx-xxx-xxx-0000**<br>**Cook County Treasurer's Office**<br>**118 N Clark Street, Ste 112**<br>**Chicago, IL 60602** | | DATE INCURRED:<br>CONSIDERATION:<br>**Past Due Property Taxes**<br>REMARKS: | | | | **$38,000.00** | **$38,000.00** | **$0.00** |
| ACCT #: **xx-xxx9072**<br>**Department of Treasury**<br>**Internal Revenue Services**<br>**Cincinnati, OH 45999-0039** | | DATE INCURRED: **2007**<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | **$111,963.88** | **$111,963.88** | **$0.00** |
| ACCT #:<br>**Director of Employment Security**<br>P. O. Box 19300<br>**Springfield, IL 62794** | | DATE INCURRED: **2010**<br>CONSIDERATION:<br>**Open account**<br>REMARKS:<br>**Amount to be determined.** | X | X | | **Unknown** | **Unknown** | **Unknown** |
| ACCT #:<br>**Illinois Department of Revenue**<br>**Lien Unit**<br>P. O. Box 19035<br>**Springfield, IL 62794-9035** | | DATE INCURRED: **2010**<br>CONSIDERATION:<br>**Taxes**<br>REMARKS:<br>**Amount to be determined.** | X | X | | **Unknown** | **Unknown** | **Unknown** |
| ACCT #: **xx-xxxxxxx xxxx-6005**<br>**Illinois Department of Revenue**<br>P. O. Box 19447<br>**Springfield, IL 62794-9447** | | DATE INCURRED: **2010**<br>CONSIDERATION:<br>**Taxes**<br>REMARKS:<br>**Amount to be determined.** | X | X | | **Unknown** | **Unknown** | **Unknown** |

Sheet no. ____**2**____ of ____**4**____ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals (Totals of this page) > | **$187,963.88** | **$149,963.88** | **$38,000.00** |
| Total ><br>(Use only on last page of the completed Schedule E.<br>Report also on the Summary of Schedules.) | | | |
| Totals ><br>(Use only on last page of the completed Schedule E.<br>If applicable, report also on the Statistical Summary<br>of Certain Liabilities and Related Data.) | | | |

B6E (Official Form 6E) (04/10) - Cont.

In re  **DeCanio Builders Supply Company, Inc.**                              Case No. _____
                                                                                          (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
| --- | --- |

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ACCT #: **xxxx-6005**<br>**Illinois Department of Revenue**<br>**Retailer's Occupational Tax**<br>**Springfield, IL 62796-0001** | | DATE INCURRED: **2010**<br>CONSIDERATION:<br>**Taxes**<br>REMARKS:<br>**Amount to be determined.** | X | X | | **Unknown** | **Unknown** | **Unknown** |
| ACCT #: **xxxxx7741**<br>**Illinois Dept. of Employment Security**<br>**P. O. Box 80341**<br>**Chicago, IL 60680-3412** | | DATE INCURRED: **2009-2010**<br>CONSIDERATION:<br>**Open account**<br>REMARKS:<br>**Amount to be determined.** | X | X | | **Unknown** | **Unknown** | **Unknown** |
| ACCT #:<br>**Internal Revenue Services**<br>**14479 S John Humphrey Drive**<br>**Orland Park, IL 60462** | | DATE INCURRED: **2010**<br>CONSIDERATION:<br>**Taxes**<br>REMARKS:<br>**Amount to be determined.** | X | X | | **Unknown** | **Unknown** | **Unknown** |
| ACCT #: **xxx8681**<br>**Wisconsin Department of Revenue**<br>**Sales Tax/Attn: Dharamsey**<br>**P. O. Box 8901**<br>**Madison, WI 53708-8901** | | DATE INCURRED: **2010**<br>CONSIDERATION:<br>**Taxes**<br>REMARKS:<br>**Amount to be determined.** | X | X | | **Unknown** | **Unknown** | **Unknown** |
| ACCT #:<br>**Wisconsin Department of Revenue-1120**<br>**P. O. Box 8908**<br>**Madison, WI 53708-8908** | | DATE INCURRED: **2010**<br>CONSIDERATION:<br>**Taxes**<br>REMARKS:<br>**Amount to be determined.** | X | X | | **Unknown** | **Unknown** | **Unknown** |
| ACCT #: **xxxxxx-x  xx-xxx9072**<br>**Wisconsin Department of Revenue-941**<br>**Box 930931**<br>**Milwaukee, WI 53293-0931** | | DATE INCURRED: **2010**<br>CONSIDERATION:<br>**Taxes**<br>REMARKS:<br>**Amount to be determined.** | X | X | | **Unknown** | **Unknown** | **Unknown** |

Sheet no. ____3____ of ____4____ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

| | | |
| --- | --- | --- |
| Subtotals (Totals of this page) > | **$0.00** | **$0.00** | **$0.00** |

Total >
(Use only on last page of the completed Schedule E.
Report also on the Summary of Schedules.)

Totals >
(Use only on last page of the completed Schedule E.
If applicable, report also on the Statistical Summary
of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/10) - Cont.

In re **DeCanio Builders Supply Company, Inc.**                                    Case No. _____
                                                                                                      (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Wisconsin Dept of Financial Institute**<br>**Drawer 978**<br>**Milwaukee, WI 53293-0978** | | DATE INCURRED: **12/09**<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | $20.00 | $20.00 | $0.00 |
| ACCT #: **xxxxxx-000-7**<br>**Wisconsin Unemployment Insurance**<br>**Unemployment Insurance**<br>**P. O. Box 78950**<br>**Milwaukee, WI 53278-0960** | | DATE INCURRED: **2010**<br>CONSIDERATION:<br>**Taxes**<br>REMARKS:<br>**Amount to be determined.** | X | X | | **Unknown** | **Unknown** | **Unknown** |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. ____**4**____ of ____**4**____ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals (Totals of this page) > | $20.00 | $20.00 | $0.00 |

| | |
|---|---|
| **Total >** | $301,983.88 |

**(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)**

| | | |
|---|---|---|
| **Totals >** | $263,983.88 | $38,000.00 |

**(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07)

In re   **DeCanio Builders Supply Company, Inc.**                      Case No. _____
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**A M Metal Spinning Co., Inc.**<br>**756 Larsen Lane**<br>**Bensenville, IL 60106** | | DATE INCURRED: **10/10**<br>CONSIDERATION:<br>**Open account**<br>REMARKS:<br>**At time of filing, account is current.** | | X | | **Unknown** |
| ACCT #:<br>**Accountemps**<br>**12400 Collections Center Drive**<br>**Chicago, IL 60693** | | DATE INCURRED: **9/09**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | **$4,200.00** |
| ACCT #:  **xx0129**<br>**Admiral Steel**<br>**P. O. Box 2488**<br>**Orland Park, IL 60462** | | DATE INCURRED: **6/10**<br>CONSIDERATION:<br>**Trade Payable**<br>REMARKS: | | | | **$6,245.00** |
| ACCT #:<br>**AFLAC**<br>**Worldwide Headquarters**<br>**Columbus, GA 31999** | | DATE INCURRED: **1/11**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | **$145.00** |
| ACCT #:  **1750**<br>**AIRA Enterprises**<br>**6866 W 65th Street**<br>**Bedford Park, IL 60638** | | DATE INCURRED: **9/10**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | **$410.00** |
| ACCT #:  **x9M65**<br>**Airgas North Central**<br>**P. O. Box 802588**<br>**Chicago, IL 60680-2588** | | DATE INCURRED:<br>CONSIDERATION:<br>**Open account**<br>REMARKS:<br>**At time of filing account is current** | | | | **Unknown** |

Subtotal >   **$11,000.00**

_____**24**_____continuation sheets attached

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **DeCanio Builders Supply Company, Inc.**                     Case No. _____
                                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xECAN**<br>**Alliance Hose & Rubber Co.**<br>**91 Joey Drive**<br>**Elk Grove Village, IL 60007** | | DATE INCURRED:  **6/10**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | $840.00 |
| ACCT #:<br>**Ambassador Steel Fabrication, LLC**<br>**75 Remittance Drive, Ste 1572**<br>**Chicago, IL 60675-1572** | | DATE INCURRED:  **9/10**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | $4,210.00 |
| ACCT #:  **xxxx-xxxxxx-x2008**<br>**American Express**<br>**Box 0001**<br>**Los Angeles, CA 90096-8000** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**At time of filing account is current** | | | | Unknown |
| ACCT #:  **4778**<br>**Amerigas-Chicago**<br>**310N Sangamon**<br>**Chicago, IL 60607-1313** | | DATE INCURRED:<br>CONSIDERATION:<br>**Open account**<br>REMARKS:<br>**At time of filing account is current** | | | | Unknown |
| ACCT #:<br>**Ames Metal Products**<br>**4323 S Western Avenue**<br>**Chicago, IL 60609** | | DATE INCURRED:  **10/10**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | $355.00 |
| ACCT #:<br>**Anco Steel Company**<br>**P. O. Box 426**<br>**Montgomery, IL 60538-9246** | | DATE INCURRED:  **8/10**<br>CONSIDERATION:<br>**Trade Payable**<br>REMARKS: | | | | $18,764.00 |

Sheet no. _____1_____ of _____24_____ continuation sheets attached to                              **Subtotal >**          **$24,169.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                                      **Total >**
                                              **(Use only on last page of the completed Schedule F.)**
                                              **(Report also on Summary of Schedules and, if applicable, on the**
                                              **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **DeCanio Builders Supply Company, Inc.**                    Case No. _____
                                                                           (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxx-xx6132**<br>**ANCO Steel Company**<br>**Gregory J. Ramal, Esq.**<br>**6106 W Barry Avenue**<br>**Chicago, IL 60634** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #:  **xx-xxxxxxx xxxxders**<br>**Archovations, Inc.**<br>**d/b/a Cavclear**<br>**P. O. Box 241**<br>**Husdon, WI 54016** | | DATE INCURRED:  **6/10**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | $244.00 |
| ACCT #:  **xxxxxx xxx0001**<br>**AT & T**<br>**P. O. Box 9001309**<br>**Louisville, KY 40290-1309** | | DATE INCURRED:  **4/09**<br>CONSIDERATION:<br>**Telephone services**<br>REMARKS: | | | | $8,912.00 |
| ACCT #:  **xxx-xxx-xxxx-330 6**<br>**AT & T - Local**<br>**P. O. Box 8100**<br>**Aurora, IL 60507-8100** | | DATE INCURRED:<br>CONSIDERATION:<br>**Telephone services**<br>REMARKS:<br>**At time of filing account is current** | | | | Unknown |
| ACCT #:  **xxx-xxx-xxxx-190 6**<br>**AT & T - Wisconsin**<br>**P. O. Box 8100**<br>**Aurora, IL 60507-8100** | | DATE INCURRED:<br>CONSIDERATION:<br>**Telephone services**<br>REMARKS:<br>**At time of filing account is current** | | | | Unknown |
| ACCT #:<br>**AT & T Mobility**<br>**P. O. Box 6463**<br>**Carol Stream, IL 60197-6463** | | DATE INCURRED:  **4/09**<br>CONSIDERATION:<br>**Telephone services**<br>REMARKS: | | | | Unknown |

Sheet no. ____**2**____ of ____**24**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                        **Subtotal >**    **$9,156.00**

                                                        **Total >**
                        (Use only on last page of the completed Schedule F.)
              (Report also on Summary of Schedules and, if applicable, on the
                    Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **DeCanio Builders Supply Company, Inc.**                Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**AT & T U-Verse**<br>**P. O. Box 5014**<br>**Carol Stream, IL 60197-5014** | | DATE INCURRED: **7/10**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | $114.00 |
| ACCT #:  **xxx1238**<br>**B. E. Atlas**<br>**4300 N Kilpatrick Avenue**<br>**Chicago, IL 60641** | | DATE INCURRED: **8/10**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | $944.00 |
| ACCT #:  **x/xxx70/00**<br>**B. L. Downey Co., Inc**<br>**135 S LaSalle Street, Dept 2229**<br>**Chicago, IL 60603-2229** | | DATE INCURRED: **7/10**<br>CONSIDERATION:<br>**Trade Payable**<br>REMARKS: | | | | $5,200.00 |
| ACCT #:  **xx4207**<br>**BASF Buildings Systems, LLC**<br>**24503 Network Place**<br>**Chicago, IL 60673-1245** | | DATE INCURRED:<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**BASF Construction Chemicals**<br>**24503 Network Place**<br>**Chicago, IL 60675-1245** | | DATE INCURRED:<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**BASF Corporation**<br>**c/o Kohner Mann & Kallas, SC**<br>**Washington Bldg, Barnabas Bus. Ctr.**<br>**4650 N Port Washington Road**<br>**Milwaukee, WI 53212-1059** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Payable**<br>REMARKS: | | | | $4,700.00 |

Sheet no. ____3____ of ____24____ continuation sheets attached to                **Subtotal >**    $10,958.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **DeCanio Builders Supply Company, Inc.**　　　　Case No. _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Bel-Air Manufacturing, Inc.**<br>**3525 W Potomac Avenue**<br>**Chicago, IL 60651-2231** | | DATE INCURRED: **11/10**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | $2,875.00 |
| ACCT #: **xxx6190**<br>**Black & Decker (USA), Inc.**<br>**P. O. Box 91330**<br>**Chicago, IL 60693-1330** | | DATE INCURRED: **2/09**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | $448.00 |
| ACCT #: **x1342**<br>**Blair's True Value Hardware**<br>**P. O. Box 363**<br>**Butler, WI 53007** | | DATE INCURRED: **2/09**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | $192.00 |
| ACCT #: **x3036**<br>**Bliffert Lumber & Fuel Co**<br>**6826 W 13th Street**<br>**Oak Creek, WI 53154** | | DATE INCURRED: **2/09**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | $52.00 |
| ACCT #:<br>**Bliffert Lumber Co.**<br>**5030 N 35th Street**<br>**P. O. Box 090524**<br>**Milwaukee, WI 53209** | | DATE INCURRED: **2/09**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | $52.00 |
| ACCT #:<br>**Block Heavy & Highway Products**<br>**1414 Mississippi Blvd.**<br>**P. O. Box 280**<br>**Berrendorf, IA 52722** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Payable**<br>REMARKS: | | | | $7,450.00 |

Sheet no. ____4____ of ____24____ continuation sheets attached to　　　　　　　　　　　　**Subtotal >** | $11,069.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **DeCanio Builders Supply Company, Inc.**                      Case No. _____
                                                                          (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xx0500**<br>**BoMetals, Inc.**<br>**141 Hammond Street**<br>**Carrollton, GA 30117** | | DATE INCURRED:  **7/10**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | $1,079.00 |
| ACCT #:  **xxx3485**<br>**Bonsal American**<br>**OldCastle Architectural**<br>**P. O. Box 281479**<br>**Atlanta, GA 30384-1479** | | DATE INCURRED:  **11/10**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | $992.00 |
| ACCT #:  **x1844**<br>**Bracing Systems North**<br>**P. O. Box 517**<br>**Bloomingdale, IL 60108** | | DATE INCURRED:  **10/10**<br>CONSIDERATION:<br>**Trade Payable**<br>REMARKS:<br>**At time of filing, account is current.** | X | X | | Unknown |
| ACCT #:  **xx5750**<br>**Brock-White Company**<br>**2175 S 162nd Street**<br>**New Berlin, WI 53151-2201** | | DATE INCURRED:<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | $0.00 |
| ACCT #:  **xxCONI**<br>**Cassidy Tire & Service, Inc**<br>**200 S Church Street**<br>**Addison, IL 60101** | | DATE INCURRED:  **1/09**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | $1,376.00 |
| ACCT #:<br>**CCS II**<br>**P. O. Box 479**<br>**Bellwood, IL 60104** | | DATE INCURRED:  **8/10**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | $1,250.00 |

Sheet no. ____5____ of ____24____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**    **$4,697.00**

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **DeCanio Builders Supply Company, Inc.**                         Case No. _____
                                                                                          (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **x5745**<br>**Chicago Area Building Specialists**<br>**303 W Irving Park Road**<br>**Roselle, IL 60172** | | DATE INCURRED:  **9/10**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | $710.00 |
| ACCT #:  **xx-xx8493**<br>**Chicago Department of Revenue**<br>**8034 Innovation Way**<br>**Chicago, IL 60682** | | DATE INCURRED:  **12/08**<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | $840.00 |
| ACCT #:  **xx9904**<br>**Chicago Department of Revenue**<br>**Transaction Tax**<br>**Lockbox 93180**<br>**Chicago, IL 60673-3180** | | DATE INCURRED:  **12/09**<br>CONSIDERATION:<br>**Rent**<br>REMARKS: | | | | $840.00 |
| ACCT #:  **xxCA01**<br>**Chicago Fastner Manufacturing Co**<br>**Division of Chicago Fastner Group**<br>**10902 Walnut Lane**<br>**Mokena, IL 60448** | | DATE INCURRED:  **6/10**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | $42.00 |
| ACCT #:  **x9330**<br>**Chicago Hardware & Fixture Company**<br>**9100 Parklane Avenue**<br>**Franklin Park, IL 60131** | | DATE INCURRED:  **8/10**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | $620.00 |
| ACCT #:  **x3679**<br>**Chicago Mail Tubing**<br>**400 Leavitt Avenue**<br>**Chicago, IL 60612** | | DATE INCURRED:  **12/10**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | $210.00 |

Sheet no. _____**6**_____ of _____**24**_____  continuation sheets attached to                                         **Subtotal >**   **$3,262.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **DeCanio Builders Supply Company, Inc.**                    Case No. _____
                                                                                    (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Chicago Suburban Express Inc**<br>**P. O. Box 388568**<br>**Chicago, IL 60638** | | DATE INCURRED:  **8/10**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | $122.00 |
| ACCT #:<br>**Chicago Wholesale Hardware**<br>**171 N Halsted Street**<br>**Chicago, IL 60661** | | DATE INCURRED:  **8/10**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | $1,250.00 |
| ACCT #:  **xxxx9130**<br>**Cingular Wireless**<br>**P. O. Box 806055**<br>**Chicago, IL 60680-6055** | | DATE INCURRED:<br>CONSIDERATION:<br>**Telephone services**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**City Clerk**<br>**121 N LaSalle Street, Room 107**<br>**Chicago, IL 60602-1295** | | DATE INCURRED:  **1/11**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | $1,210.00 |
| ACCT #:<br>**City of Chicago**<br>**Department of Revenue**<br>**P. O. Box 88298**<br>**Chicago, IL 60680-1298** | | DATE INCURRED:  **12/10**<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | $240.00 |
| ACCT #:  **xx0034**<br>**City of Chicago**<br>**Department of Revenue**<br>**Business License Division**<br>**P. O. Box 641039**<br>**Chicago, IL 60664-1039** | | DATE INCURRED:  **9/10**<br>CONSIDERATION:<br>**Licenses**<br>REMARKS: | | | | $1,500.00 |

Sheet no. ____**7**____ of ____**24**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$4,322.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **DeCanio Builders Supply Company, Inc.**                    Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxx1700**<br>**City of Chicago**<br>**Department of Water Bureau**<br>**Water Billings & Customer Service**<br>**P. O. Box 6330**<br>**Chicago, IL 60680-6330** | | DATE INCURRED:<br>CONSIDERATION:<br>**Utilities**<br>REMARKS:<br>**At time of filing account is current** | | | | $0.00 |
| ACCT #:  **x-xx1400**<br>**Cleform Tool Company**<br>**4343 Easton Road**<br>**St. Joseph, MO 64503** | | DATE INCURRED:  **4/09**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | $206.00 |
| ACCT #:  **x4926**<br>**Coleman Cable**<br>**P. O. Box 933091**<br>**Atlanta, GA 31193-3091** | | DATE INCURRED:  **4/09**<br>CONSIDERATION:<br>**Cable service**<br>REMARKS: | | | | $1,210.00 |
| ACCT #:<br>**Comcast Cable**<br>**P. O. Box 3001**<br>**Southeastern, PA 19398-3001** | | DATE INCURRED:<br>CONSIDERATION:<br>**Cable service**<br>REMARKS:<br>**At the time of filing account is current** | | | | $0.00 |
| ACCT #:  **xxxxxx9006**<br>**Commonwealth Edison**<br>**P. O. Box 6111**<br>**Carol Stream, IL 60197-6111** | | DATE INCURRED:<br>CONSIDERATION:<br>**Utilities**<br>REMARKS:<br>**At the time of filing the account is current** | | | | $0.00 |
| ACCT #:<br>**Con-Way Freight, Inc**<br>**P. O. Box 5160**<br>**Portland, OR 97208-5160** | | DATE INCURRED:  **11/10**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | $52.00 |

Sheet no. ____8____ of ____24____ continuation sheets attached to                        Subtotal >      **$1,468.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **DeCanio Builders Supply Company, Inc.**                    Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Con-Way Transportation Services**<br>**135 S LaSalle Street, Dept. 2493**<br>**Chicago, IL 60674-2493** | | DATE INCURRED: **11/10**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | $110.00 |
| ACCT #:  **xEC10**<br>**Concrete Clinic, Inc.**<br>**13089 Main Street**<br>**Lemont, IL 60439** | | DATE INCURRED: **8/10**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | $180.00 |
| ACCT #:<br>**Concrete Earth**<br>**13087 Main Street**<br>**Lemont, IL 60439** | | DATE INCURRED: **12/10**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | $410.00 |
| ACCT #:<br>**COX North America, Inc.**<br>**P. O. Box 105**<br>**Grand Rapids, MI 49501-0105** | | DATE INCURRED: **4/09**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | $421.00 |
| ACCT #:<br>**CSM Enterprises**<br>**c/o Casey Gill**<br>**5180 Pleasant Hill Road**<br>**Hartford, WI 53027** | | DATE INCURRED: **7/10**<br>CONSIDERATION:<br>**Building lease**<br>REMARKS: | | | | $187,500.00 |
| ACCT #:<br>**Dayton Superior Corp**<br>**P. O. Box 712273**<br>**Cincinnati, OH 45271-2273** | | DATE INCURRED: **7/10**<br>CONSIDERATION:<br>**Trade Payable**<br>REMARKS: | | | | $5,710.00 |

Sheet no. ____9____ of ____24____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**   $194,331.00

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **DeCanio Builders Supply Company, Inc.**                    Case No. _____
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxC278**<br>**Delta Screw Company**<br>**P. O. Box 47319**<br>**2036 N Campbell Avenue**<br>**Chicago, IL 60647-4196** | | DATE INCURRED: **4/09**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | $0.00 |
| ACCT #:  **xxx1549**<br>**Deslauriers**<br>**28031 Network Place**<br>**Chicago, IL 60673-1280** | | DATE INCURRED: **8/10**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | $820.00 |
| ACCT #:<br>**Diversofoam Products, Inc**<br>**P. O. Box 1450 NW8486**<br>**MInneapolis, MN 55485-8486** | | DATE INCURRED: **7/10**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | $2,110.00 |
| ACCT #:<br>**Door Systems, Inc**<br>**751 Expressway Drive**<br>**Itasca, IL 60143** | | DATE INCURRED: **7/10**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | $940.00 |
| ACCT #:  **xE738**<br>**Dunn Safety Products**<br>**37 S Sanamon**<br>**Chicago, IL 60607-2684** | | DATE INCURRED: **4/09**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | $72.00 |
| ACCT #:<br>**Edward C. Schmidl**<br>**11128 Parker Street**<br>**Mokena, IL 60448** | | DATE INCURRED: **1/2011**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | $1,800.00 |

Sheet no. ____**10**____ of ____**24**____ continuation sheets attached to                              **Subtotal >**        $5,742.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                               **Total >**
                                                    **(Use only on last page of the completed Schedule F.)**
                                                    **(Report also on Summary of Schedules and, if applicable, on the**
                                                    **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **DeCanio Builders Supply Company, Inc.**                    Case No. _____
                                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Electro Tape Specialist**<br>**P. O. Box 1014**<br>**Odessa, FL 33556** | | DATE INCURRED:  **11/10**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | $910.00 |
| ACCT #:<br>**EMI Construction Products**<br>**526 E 64th Street**<br>**Holland, MI 49423** | | DATE INCURRED:  **10/10**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | $1,245.00 |
| ACCT #:  **xxxx-xxxx3992**<br>**F. W. Dodge**<br>**P. O. Box 802134**<br>**Chicago, IL 60680-2134** | | DATE INCURRED:  **12/09**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | $120.00 |
| ACCT #:  **xx1100**<br>**Falltech**<br>**10240 S Alameda Street**<br>**South Gate, CA 90280** | | DATE INCURRED:<br>CONSIDERATION:<br>**Open account**<br>REMARKS:<br>**At time of filing account is current** | | | | $0.00 |
| ACCT #:  **xx0840**<br>**Ferrellgas Company**<br>**P. O. Box 17390**<br>**Denver, CO 80217-3940** | | DATE INCURRED:  **4/10**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | $540.00 |
| ACCT #:  **xxCAWA**<br>**Field Tool Supply Company**<br>**2358 N Seeley Avenue**<br>**Chicago, IL 60647-3395** | | DATE INCURRED:  **4/09**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | $258.00 |

Sheet no. _____11_____ of _____24_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**   **$3,073.00**

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **DeCanio Builders Supply Company, Inc.**                 Case No. _____
                                                                    (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **x3727**<br>**Geo-Synthetics, Inc.**<br>**W239 N428 N. Pewaukee Road**<br>**Waukesha, WI 53188-6904** | | DATE INCURRED: **7/09**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | $840.00 |
| ACCT #:  **x-xECAN**<br>**Gerdau Ameristeel #774278**<br>**4278 Solutions Center**<br>**Chicago, IL 60677-4002** | | DATE INCURRED: **4/10**<br>CONSIDERATION:<br>**Trade Payable**<br>REMARKS: | | | | $6,512.00 |
| ACCT #:  **x2630**<br>**Great Glaciers of WI, Inc.**<br>**P. O. Box 249**<br>**Lake Delton, WI 53940** | | DATE INCURRED: **8/09**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | $240.00 |
| ACCT #:  **x1054**<br>**Harris Supply Solution**<br>**3497 Solutions Center**<br>**Lockbox 773497**<br>**Chicago, IL 60677-4002** | | DATE INCURRED:<br>CONSIDERATION:<br>**Open account**<br>REMARKS:<br>**At time of filing account is current** | | | | $0.00 |
| ACCT #:<br>**Harvey Cement Products, Inc**<br>**16030 Park Avenue**<br>**Harvey, IL 60426-5069** | | DATE INCURRED: **11/10**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | $396.00 |
| ACCT #:<br>**Heckmann Building Products, Inc**<br>**1501 N 31st Avenue**<br>**Melrose Park, IL 60160** | | DATE INCURRED:<br>CONSIDERATION:<br>**Open account**<br>REMARKS:<br>**At time of filing account is current** | | | | $0.00 |

Sheet no. ___**12**___ of ___**24**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**    **$7,988.00**

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **DeCanio Builders Supply Company, Inc.**　　　　　Case No. _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxxxxxxxx8746**<br>**Hinkley Springs Water Company**<br>**P. O. Box 660579**<br>**Dallas, TX 75266-0579** | | DATE INCURRED:  **6/09**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | **$68.00** |
| ACCT #:<br>**Ink Smith Inc**<br>**3352 Milwaukee Aveue**<br>**Chicago, IL 60641** | | DATE INCURRED:  **8/09**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | **$110.00** |
| ACCT #:<br>**Jakacki Bag & Barrel, Inc.**<br>**P. O. Box 8729**<br>**Rolling Meadows, IL 60008** | | DATE INCURRED:  **4/09**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | **$640.00** |
| ACCT #:  **x xxxx-088-4**<br>**Jesse White Secretary of State**<br>**License Renewal**<br>**3701 Winchester Road**<br>**Springfield, IL 62707-9700** | | DATE INCURRED:<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | **$410.00** |
| ACCT #:  **xx 1650**<br>**Kraft Tool Company**<br>**P. O. Box 860230**<br>**Shawnee, KS 66286-0230** | | DATE INCURRED:  **2009**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | **$980.00** |
| ACCT #:  **x7880**<br>**Laclede Chain Manufacturing Co**<br>**P. O. Box 790051**<br>**St. Louis, MO 63179-0051** | | DATE INCURRED:  **9/10**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | **$3,341.00** |

Sheet no. ____**13**____ of ____**24**____ continuation sheets attached to　　　　　　**Subtotal >** | **$5,549.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **DeCanio Builders Supply Company, Inc.**   Case No. _____

                                                         (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xECBS**<br>**Lance Construction Supplies, Inc.**<br>**4225 W Ogden Avenue**<br>**Chicago, IL 60623** | | DATE INCURRED:  **11/10**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | **$265.00** |
| ACCT #:  **x-xxxxxxx5-000**<br>**Lee Lumber & Building Material Corp**<br>**3250 N Kedzie Avenue**<br>**Chicago, IL 60618** | | DATE INCURRED:  **11/10**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | **$110.00** |
| ACCT #:  **xxC001**<br>**Mauritzon Inc.**<br>**3939 W Belden**<br>**Chicago, IL 60647** | | DATE INCURRED:  **10/10**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | **$2,150.00** |
| ACCT #:<br>**Mazel and Company**<br>**4300 W Ferdinand Street**<br>**Chicago, IL 60624** | | DATE INCURRED:  **12/10**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | **$950.00** |
| ACCT #:  **xx8155**<br>**McCann Industries, Inc.**<br>**38951 Eagle Way**<br>**Chicago, IL 60678-1389** | | DATE INCURRED:  **10/10**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | **$60.00** |
| ACCT #:<br>**McMaster-Carr Supply Company**<br>**P. O. Box 7690**<br>**Chicago, IL  60680-7690** | | DATE INCURRED:<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | **$110.00** |

Sheet no. _____**14**_____ of _____**24**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**   **$3,645.00**

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **DeCanio Builders Supply Company, Inc.**                       Case No. _____

                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxx5308**<br>**Meadow Burke Products**<br>**P. O. Box 404271**<br>**Atlanta, GA 30384-4271** | | DATE INCURRED:  **6/10**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | $2,755.00 |
| ACCT #:<br>**Mercury Plastics**<br>**4535 W Fullerton**<br>**Chicago, IL** | | DATE INCURRED:  **9/10**<br>CONSIDERATION:<br>**Trade Payable**<br>REMARKS: | | | | $5,250.00 |
| ACCT #:<br>**Midco-Bay Installation, Inc.**<br>**P. O. Box 9229**<br>**Green Bay, WI 54309-9229** | | DATE INCURRED:  **6/10**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | $3,210.00 |
| ACCT #:  **xxE001**<br>**Midwest Canvas Corporation**<br>**4635 W Lake Street**<br>**Chicago, IL 60644-2798** | | DATE INCURRED:<br>CONSIDERATION:<br>**Open account**<br>REMARKS:<br>**At time of filing account is current** | | | | $0.00 |
| ACCT #:<br>**MIdwest Pipe and Rebar Coating, Inc.**<br>**P. O. Box 1240**<br>**Maple Grove, MN 55311** | | DATE INCURRED:  **9/09**<br>CONSIDERATION:<br>**Trade Payable**<br>REMARKS: | | | | $17,400.00 |
| ACCT #:<br>**Miller's Eureka**<br>**2121 W Hubbard Street**<br>**Chicago,I L 60612-1676** | | DATE INCURRED:<br>CONSIDERATION:<br>**Open account**<br>REMARKS:<br>**At time of filing account is current** | | | | $0.00 |

Sheet no. ____15____ of ____24____ continuation sheets attached to                    **Subtotal >** | $28,615.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                              **Total >**
                                        **(Use only on last page of the completed Schedule F.)**
                                        **(Report also on Summary of Schedules and, if applicable, on the**
                                        **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **DeCanio Builders Supply Company, Inc.**                    Case No. _____
                                                                                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xx-xx-xx3986**<br>**MKT Fastening, LLC**<br>**#1 Gunnebo Drive**<br>**Lonoka, AR 72086** | | DATE INCURRED:  **6/10**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | **$480.00** |
| ACCT #:  **xxxxxx-xx/xxxx95-00**<br>**Mutual Industries, Inc.**<br>**Gann Manufacturing**<br>**Lockbox #701247/P. O. Box 13700**<br>**Philidelphia, PA 19191-1247** | | DATE INCURRED:  **7/10**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | **$1,111.00** |
| ACCT #:  **xxx1551**<br>**N. Turek & Sons Supply Co**<br>**1333 S Jefferson Street**<br>**Chicago, IL 60617** | | DATE INCURRED:<br>CONSIDERATION:<br>**Open account**<br>REMARKS:<br>**At time of filing account is current** | | | | **$0.00** |
| ACCT #:<br>**Newark Paperboard Products**<br>**1820 Solutions Center**<br>**Chicago, IL 60677-1008** | | DATE INCURRED:<br>CONSIDERATION:<br>**Open account**<br>REMARKS:<br>**At time of filing account is current** | | | | **$0.00** |
| ACCT #:  **76- -0**<br>**Nucara Pharmacy**<br>**101 W Vallette**<br>**Elmhurst, IL 60126** | | DATE INCURRED:<br>CONSIDERATION:<br>**Open account**<br>REMARKS:<br>**At time of filing account is current** | | | | **$0.00** |
| ACCT #:<br>**O & G Spring & Wire**<br>**4500 W Division Street**<br>**Chicago, IL 60612** | | DATE INCURRED:  **8/10**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | **$2,100.00** |

Sheet no. ____**16**____ of ____**24**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal > | **$3,691.00** |
|---|---|---|
|  | Total > | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **DeCanio Builders Supply Company, Inc.**                          Case No. _____
                                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xx0040**<br>**O'Leary's Contractors Equipment**<br>**4554 W North Avenue**<br>**Chicago, IL 60639** | | DATE INCURRED:<br>CONSIDERATION:<br>**Open account**<br>REMARKS:<br>**At time of filing account is current** | | | | **$0.00** |
| ACCT #:  **x0085**<br>**OCM**<br>**c/o Mizuho Corporate Bank**<br>**P. O. Box 3535**<br>**Church Street Station**<br>**New York, NY 10008-3535** | | DATE INCURRED:  **9/10**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | **$1,512.00** |
| ACCT #:<br>**OD & F Equipment**<br>**P. O. Box 5285**<br>**Oak Brook, IL 60612** | | DATE INCURRED:<br>CONSIDERATION:<br>**Open account**<br>REMARKS:<br>**At time of filing account current** | | | | **$0.00** |
| ACCT #:  **xxxxxx-x0205**<br>**Peoples Gas**<br>**Chicago, IL 60687-0001** | | DATE INCURRED:<br>CONSIDERATION:<br>**Utilities**<br>REMARKS:<br>**At the time of filing account is current** | | | | **$0.00** |
| ACCT #:<br>**Pepper Construction Co.**<br>**a/k/a The Pepper Companies Inc.**<br>**643 North Orleans Street**<br>**Chicago, IL 60654-3608** | | DATE INCURRED:  **'08-'10**<br>CONSIDERATION:<br>**Non-Purchase Money**<br>REMARKS:<br>**Disputed claim of Pepper against De Canio vis a vis lost/stolen/bailed/ personal property alleged to be owned by Pepper.** | X | X | X | **$215,547.00** |
| **Representing:**<br>**Pepper Construction Co.** | | **Travelers Insurance Company**<br>**ATTN: Karl A. Meyer, Jr.**<br>**PO Box 2954**<br>**Milwaukee, WI  53201-2954** | | | | **Notice Only** |

Sheet no. _____**17**_____ of _____**24**_____ continuation sheets attached to                    **Subtotal >** | **$217,059.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **DeCanio Builders Supply Company, Inc.**          Case No. _____
                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Phoenix Fastners Company**<br>**2501 W Homer Street**<br>**Chicago, IL 60647** | | DATE INCURRED:<br>CONSIDERATION:<br>**Open account**<br>REMARKS:<br>**At the time of filing account is current** | | | | $0.00 |
| ACCT #:<br>**Pitney Bowes Global Financial**<br>**P. O. Box 856460**<br>**Louisville, KY 40285-6460** | | DATE INCURRED: **10/09**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | $840.00 |
| ACCT #:  **xxxx-xxx6-86-5**<br>**Pitney Bowes Inc**<br>**P. O. Box 856390**<br>**Louisville, KY 40285-6390** | | DATE INCURRED: **10/09**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | $412.00 |
| ACCT #:  **xxxx6701**<br>**Prime Source Receivables Co., LLC**<br>**2517 Paysphere Circle**<br>**Chicago, IL 60674-0025** | | DATE INCURRED: **8/10**<br>CONSIDERATION:<br>**Trade Payable**<br>REMARKS: | | | | $5,700.00 |
| ACCT #:  **xxCABS**<br>**Promens USA, Inc**<br>**1005 W Atlantic Drive**<br>**West Chicago, IL 60185** | | DATE INCURRED:<br>CONSIDERATION:<br>**Open account**<br>REMARKS:<br>**At time of filing account is current** | | | | $0.00 |
| ACCT #:  **x5135**<br>**Quikrite Companies**<br>**P. O. Box 930134**<br>**Atlanta, GA 31193-0134** | | DATE INCURRED: **8/09**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | $2,470.00 |

Sheet no. ____18____ of ____24____ continuation sheets attached to          **Subtotal >**          **$9,422.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **DeCanio Builders Supply Company, Inc.**                    Case No. _____
                                                                                    (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxxx1472**<br>**Quill Corporation**<br>**P. O. Box 37600**<br>**Philadelphia, PA 19101-0600** | | DATE INCURRED:  **12/08**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | **$910.00** |
| ACCT #:  **x3125**<br>**R & J Construction Supply Co, Inc.**<br>**1567 Frontenac Road**<br>**Naperville, IL 60563** | | DATE INCURRED:  **8/10**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | **$1,270.00** |
| ACCT #:  **xxO475**<br>**Relton Corporation**<br>**P. O. Box 60019**<br>**Arcadia, CA 91066-6019** | | DATE INCURRED:  **2/09**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | **$186.00** |
| ACCT #:<br>**Rhino Tool Company**<br>**620 Andrews Avenue**<br>**P. O. Box 111**<br>**Kewanee, IL 61443** | | DATE INCURRED:  **3/10**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | **$951.00** |
| ACCT #:  **xECBS**<br>**RKD Construction Supplies & Equip**<br>**11633 W Grand Avenue**<br>**Northlake, IL 60164-1302** | | DATE INCURRED:  **8/10**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | **$2,720.00** |
| ACCT #:  **xxxx x 1201**<br>**Rolewick & Gutzke, P.C.**<br>**Attn: David F. Rolewick, Esq.**<br>**Attorneys at Law**<br>**1776 S. Naperville Rd. #104A**<br>**Wheaton, IL 60189** | | DATE INCURRED:  **April 7, 2010**<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | X | X | X | **$81,245.01** |

Sheet no. ___**19**___ of ___**24**___ continuation sheets attached to                    **Subtotal >**    |    **$87,282.01**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                    **Total >**
                                    (Use only on last page of the completed Schedule F.)
                            (Report also on Summary of Schedules and, if applicable, on the
                            Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **DeCanio Builders Supply Company, Inc.**                    Case No. _____
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **x2360**<br>**Roscoe Company**<br>**P. O. Box 4804**<br>**Chicago, IL 60680-4804** | | DATE INCURRED:  **2/10**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | **$480.00** |
| ACCT #:<br>**Roth Metal Fabricators, Corp**<br>**3735 W 128th Place**<br>**Alsip, IL 60658** | | DATE INCURRED:<br>CONSIDERATION:<br>**Open account**<br>REMARKS:<br>**At the time of filing account is current** | | | | **$0.00** |
| ACCT #:<br>**Rubenstein Lumber Co**<br>**167 W Morgan Street**<br>**Chicago, IL 60607** | | DATE INCURRED:<br>CONSIDERATION:<br>**Open account**<br>REMARKS:<br>**At the fime of filing account is current** | | | | **$0.00** |
| ACCT #:<br>**Sandell Manufacturing Co, Inc.**<br>**310 Wayto Road**<br>**Schenectady, NY 12303** | | DATE INCURRED:  **8/10**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | **$192.00** |
| ACCT #:  **xxxxx5 (709)**<br>**Simpson Strong Tie Co., Inc**<br>**c/o U.S. A.P.S.**<br>**704 N 39th Street. Ste 200-210**<br>**Pierce, FL 34947** | | DATE INCURRED:  **6/09**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | **$4,210.00** |
| ACCT #:<br>**Soluta, Inc**<br>**P. O. Box 75098**<br>**Charlotte, NC 28275-5098** | | DATE INCURRED:  **7/09**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | **$246.00** |

Sheet no. ____**20**____ of ____**24**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$5,128.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **DeCanio Builders Supply Company, Inc.**                          Case No. _____

                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xEC01**<br>**Specco Industries, Inc**<br>**13087 Main Street**<br>**Lemont, IL 60439** | | DATE INCURRED:<br>CONSIDERATION:<br>**Open account**<br>REMARKS:<br>**At the time of filing account is current** | | | | $0.00 |
| ACCT #:<br>**Stan's Industrial Woodworking, Inc.**<br>**P. O. Box 142**<br>**Lyndon Station, WI 53944** | | DATE INCURRED:  **4/10**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | $3,144.00 |
| ACCT #:<br>**Superior Car & Truck Repair**<br>**3849 W Lake Street**<br>**Chicago, IL 60624** | | DATE INCURRED:<br>CONSIDERATION:<br>**Open account**<br>REMARKS:<br>**At the time of filing account is current** | | | | $0.00 |
| ACCT #:  **xx0659**<br>**Symons Corporation**<br>**P. O. Box 712299**<br>**Cincinnati, OH 45271-2299** | | DATE INCURRED:  **9/09**<br>CONSIDERATION:<br>**Trade Payable**<br>REMARKS: | | | | $78,000.00 |
| ACCT #:  **xx1702**<br>**The Glenrock Co**<br>**P. O. Box 95279**<br>**Palatine, IL 60095** | | DATE INCURRED:  **6/10**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | $2,710.00 |
| ACCT #:  **xD310**<br>**TK Products**<br>**11400 W 47th Street**<br>**Minnetonka, MN 55343** | | DATE INCURRED:  **11/09**<br>CONSIDERATION:<br>**Trade Payable**<br>REMARKS: | | | | $4,266.00 |

Sheet no. ____21____ of ____24____ continuation sheets attached to                    **Subtotal >**          **$88,120.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                    **Total >**
                                     **(Use only on last page of the completed Schedule F.)**
                                **(Report also on Summary of Schedules and, if applicable, on the**
                                **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **DeCanio Builders Supply Company, Inc.**                Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Total Fasteners, Inc<br>P. O. Box 1222<br>LaGrange Park, IL 60525** | | DATE INCURRED: **2/10**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | $115.00 |
| ACCT #:  **xx4101**<br>**Traffic Control Corporation<br>10435 Argonne Woods Drive<br>Woodridge, IL 60517** | | DATE INCURRED: **8/10**<br>CONSIDERATION:<br>**Trade Payable**<br>REMARKS: | | | | $16,781.00 |
| ACCT #:  **xxx1551**<br>**Turek & Sons, LLC<br>P. O. Box 220026<br>Chicago, IL 60622** | | DATE INCURRED:<br>CONSIDERATION:<br>**Open account**<br>REMARKS:<br>**At the time of filing account is current** | | | | $0.00 |
| ACCT #:  **xxxD001**<br>**United Abrasives, Inc.<br>Box 75<br>Williamantic, CT 06226** | | DATE INCURRED:<br>CONSIDERATION:<br>**Open account**<br>REMARKS:<br>**At the time of filing account is current** | | | | $0.00 |
| ACCT #:  **xx0514**<br>**United Construction Products, Inc<br>1700 Quincy Avenue<br>Naperville, IL 60540** | | DATE INCURRED: **7/10**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | $3,954.00 |
| ACCT #:  **xx6705**<br>**United Lift Truckq<br>P. O. Box 5948<br>Carol Stream, IL 60197-5948** | | DATE INCURRED: **1/10**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | $1,240.00 |

Sheet no. ____22____ of ____24____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$22,090.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **DeCanio Builders Supply Company, Inc.**                     Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xx6467**<br>**United Parcel Service**<br>**Lockbox 577**<br>**Carol Stream, IL 60132-0577** | | DATE INCURRED:<br>CONSIDERATION:<br>**Open account**<br>REMARKS:<br>**At the time of filing account is current** | | | | $0.00 |
| ACCT #:  **xxxxx833-0**<br>**Veolia Es Solid Waste Midwest Inc**<br>**T8 P. O. Box 6484**<br>**Carol Stream, IL 60197-6484** | | DATE INCURRED:<br>CONSIDERATION:<br>**Open account**<br>REMARKS:<br>**At time of filing account is current** | | | | $0.00 |
| ACCT #:  **xxxxxxxxx3003**<br>**Verizon Wireless**<br>**P. O. Box 6170**<br>**Carol Stream, IL 60197-6170** | | DATE INCURRED:<br>CONSIDERATION:<br>**Telephone services**<br>REMARKS:<br>**At time of filing account is current** | | | | $0.00 |
| ACCT #:  **xxC003**<br>**W. R. Meadows, Inc**<br>**P. O. Box 92170**<br>**Elk Grove, IL 60009** | | DATE INCURRED:  **6/10**<br>CONSIDERATION:<br>**Trade Payable**<br>REMARKS: | | | | $5,566.00 |
| ACCT #:  **xxx xx-xxx-890-8**<br>**W. W. Grainger**<br>**Department 801568908**<br>**Palatine, IL 60038-0001** | | DATE INCURRED:  **4/09**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | $298.00 |
| ACCT #:<br>**Wade Tool & Supply Co.**<br>**5520 W Touhy Ave, Unit K**<br>**Skokie, IL 60077** | | DATE INCURRED:  **4/09**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | $286.00 |

Sheet no. _____23_____ of _____24_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**    **$6,150.00**

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **DeCanio Builders Supply Company, Inc.**                    Case No. _____
                                                                            (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Waste Management of Wisconsin**<br>**P. O. Box 9001054**<br>**Louisville, KY 40290-1054** | | DATE INCURRED: **4/09**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | $640.00 |
| ACCT #:  **xxxx-xx6-276**<br>**WE Energies**<br>**P. O. Box 2089**<br>**Milwaukee, WI 53201-2089** | | DATE INCURRED:<br>CONSIDERATION:<br>**Open account**<br>REMARKS:<br>**At the time of filing account is current** | | | | $0.00 |
| ACCT #:<br>**Westfield Insurance**<br>**P. O. Box 9001566**<br>**Louisville, KY 40290-1556** | | DATE INCURRED:<br>CONSIDERATION:<br>**Open account**<br>REMARKS:<br>**At the time of filing account is current** | | | | $0.00 |
| ACCT #:  **xx5117**<br>**Wisconsin Lift Truck Corp**<br>**2588 Solution Centers**<br>**Chicago, IL 60677-2005** | | DATE INCURRED:  **4/09**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | $410.00 |
| ACCT #:<br>**Wright Express**<br>**Fleet Fueling**<br>**P. O. Box 6293**<br>**Carol Stream, IL 60197-6293** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Payable**<br>REMARKS: | | | | $7,254.00 |
| ACCT #:  **xxxx-xxxxx955-6**<br>**Wright Express**<br>**Fleet Fueling**<br>**P. O. Box 6293**<br>**Carol Stream, IL 60197-6293** | | DATE INCURRED:  **10/09**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | $7,254.00 |

Sheet no. ____24____ of ____24____ continuation sheets attached to          **Subtotal >**          $15,558.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                          **Total >**          $783,544.01
                                     **(Use only on last page of the completed Schedule F.)**
                                     **(Report also on Summary of Schedules and, if applicable, on the**
                                     **Statistical Summary of Certain Liabilities and Related Data.)**

B6G (Official Form 6G) (12/07)

In re **DeCanio Builders Supply Company, Inc.**                                   Case No. _____
                                                                                                        (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **CSM Enterprises**<br>c/o Casey Gill<br>5180 Pleasant Hill Drive<br>Hartford, WI 53027 | Non-residential building lease<br>Contract to be ASSUMED |

B6H (Official Form 6H) (12/07)

In re  **DeCanio Builders Supply Company, Inc.**                                    Case No. _____
                                                                                                             (if known)


# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

B6 Summary (Official Form 6 - Summary) (12/07)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

In re  **DeCanio Builders Supply Company, Inc.**                          Case No.

Chapter      **11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $1,262,500.00 | | |
| B - Personal Property | No | 5 | $537,378.50 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 5 | | $301,983.88 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 25 | | $783,544.01 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| TOTAL | | 39 | $1,799,878.50 | $1,085,527.89 | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **DeCanio Builders Supply Company, Inc.**                               Case No. _____
                                                                                                          (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ **_CFO_** _____ of the _____ **Corporation** _____
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
_____ **36** _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

(Total shown on summary page plus 1.)

Date **_1/26/2011_** _____          Signature  **_/s/ Edward Schmidl_** _____
                                                                               **_Edward Schmidl_**
                                                                               **_CFO_**

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

_____

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or
both.  18 U.S.C. §§ 152 and 3571.*

B7 (Official Form 7) (04/10)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

In re:   **DeCanio Builders Supply Company, Inc.**                    Case No. _____

                                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS

None
☑

### 1. Income from employment or operation of business

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

### 2. Income other than from employment or operation of business

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None
☑

a.  Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☐

b.  Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Rolewick & Gutzke, PC**<br>**1776 S. Naperville Road**<br>**Suite 104A**<br>**Wheaton, IL 60189** | **2009--precise date to be determined.** | **$15,000.00** | **$81,245.01** |

None
☑

c.  All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/10) - Cont.

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION (CHICAGO)

In re:  **DeCanio Builders Supply Company, Inc.**

Case No. _____

(if known)

## STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

---

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a.  List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Dayton Superior Corporation, et al. v. De Canio Builders Supply Company, Inc., et al. 10CH18234 | Suit on Contract | Circuit Court of Cook County, Illinois Chancery Division (Chicago) | Pending |
| Nancy Libby, Indiv. & For the Benefit of De Canio Builders Supply Co. Inc., et al 09 CH 45665 | Shareholders Derivative and staturory action. | Circuit Court of Cook County, Illinois Chancery | Pending |
| Rolewick & Gutzke PC v. De Canio Builders Supply, Inc. 09 L 1201 | Action for professional fees. | Circuit Court for the 18th Judicial Circuit, Du Page County, Wheaton, Illinois. | Judgement entered for $95,000.00 plus costs on April 7, 2010. |
| Casey F. Gill d/b/a CSM Enterprises v. DeCanio Builders Supply Company, Inc. a/k/a DBS, Inc. 10CV05229 | Rental agreement | State of Wisconsin, Circuit Court Waukesha County | Pending |
| Waszak, Zbignew et al v. DeCanio Builders Supply Company, Inc. 2010 L 001677 | Collection | Circuit Court of Cook County, Illinois, Law Division | Pending |
| ANCO Steel Company, Inc. v. DeCanio Builders Supply Company, Inc. 2010 M1-206132 | Collection | Circuit Court of Cook County, Illinois, First Municipal District | Pending |

---

None ☐

b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Internal Revenue Services | June, 2010 | Levied our bank accounts twice, once for $160,000 in January, 2010 and for $110,000 in June, 2010. |

---

### 5. Repossessions, foreclosures and returns

None ☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/10) - Cont.

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

In re:   **DeCanio Builders Supply Company, Inc.**                    Case No. _____

                                                                                                (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

---

**6. Assignments and receiverships**

None ☑

a.  Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**7. Gifts**

None ☑

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**8. Losses**

None ☑

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**9. Payments related to debt counseling or bankruptcy**

None ☑

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

---

**10. Other transfers**

None ☐

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |
| **Debtor anticipates transferring all of its rights, title and interest in a certain claim covered by a policy of insurance (Claim No. R-TARA4801503-122209-A) issued by the Westfiled Insurance Co.** | | **Interest in disputed insuarnce claim to American Chartered Bank (c/o John F. Purtill, Esq. Meltzer, Purtill & Steele, Attorneys at Law, 1515 E. Woodfiled Rd., 2d Flr., Schaumburg, IL 60173-5431.** |

---

None ☑

b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

In re:  **DeCanio Builders Supply Company, Inc.**                    Case No.  _____
                                                                                                   (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

### 11. Closed financial accounts

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Forest Park National Bank & Trust**<br>**7348 West Madison Street**<br>**Forest Park, IL 60130** | **Checking account#:**<br>**0141086900.** | **Closed 7/2010 after service of Federal Tax lien.  US Gov't levy resulted in negative balance.** |

---

### 12. Safe deposit boxes

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 13. Setoffs

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 14. Property held for another person

None ☑

List all property owned by another person that the debtor holds or controls.

---

### 15. Prior address of debtor

None ☑

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

---

### 16. Spouses and Former Spouses

None ☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

In re:   **DeCanio Builders Supply Company, Inc.**                    Case No. _____

                                                                                        (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None
☑  a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None
☑  b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None
☑  c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

None
☑

### 18. Nature, location and name of business

a.  If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

---

None
☑  b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

In re:   **DeCanio Builders Supply Company, Inc.**                    Case No. _____

                                                                           (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)

---

## 19. Books, records and financial statements

None ☐

a.  List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

**NAME AND ADDRESS**                        **DATES SERVICES RENDERED**

**Magdalena Graziano, Laura Andrews and**
**Edward Schmidl**

---

None ☑

b.  List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

---

None ☑

c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

---

None ☑

d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

---

## 20. Inventories

None ☐

a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 12/2010 | Edward Schmidl | $131,000 valued at LCM |

---

None ☑

b.  List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

## 21. Current Partners, Officers, Directors and Shareholders

None ☑

a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None ☐

b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Catherine DeCanio** | **Director** | **70%** |
| **Adele M. Fahey** | **President** | **15%** |

B7 (Official Form 7) (04/10) - Cont.

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

In re:   **DeCanio Builders Supply Company, Inc.**                    Case No. _____

(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 6*

| Nancy Libby | Stockholder | 15% |
|---|---|---|
| John Geager, M.D. | Treasurer | Zero |

**22. Former partners, officers, directors and shareholders**

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

None ☐ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

NAME, ADDRESS AND TITLE                              DATE OF TERMINATION

**Estate of Dominick DeCanio**

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

**24. Tax Consolidation Group**

None ☑ If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

**25. Pension Funds**

None ☑ If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

---

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date __1/26/2011_____           Signature  __/s/ Edward Schmidl_____

*Edward Schmidl*
*CFO*

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

IN RE:   **DeCanio Builders Supply Company, Inc.**                              CASE NO

                                                                                                                              CHAPTER    **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---:|
   | For legal services, I have agreed to accept: | **$16,000.00** |
   | Prior to the filing of this statement I have received: | **$16,000.00** |
   | Balance Due: | **$0.00** |

2. The source of the compensation paid to me was:
   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor          ☐ Other (specify)

4. ☐   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☑   I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

   **Scott J. Kofkin, Esq. (Co-Counsel).**

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
   **Representation of the debtor in any adversary proceeding.**

---

CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **1/26/2011** | **/s/ Charles Wm. Dobra** |
| *Date* | *Charles Wm. Dobra*                           Bar No.  0647039 |
| | Charles Wm. Dobra, Ltd. |
| | 675 E. Irving Park Road |
| | Suite 100 |
| | Roselle, IL 60172 |
| | Phone: (630) 893-2494 / Fax: (630) 893-2497 |
| | cdobralaw@sbcglobal.net |

---

**/s/ Edward Schmidl**

*Edward Schmidl*
*CFO*

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

IN RE:   **DeCanio Builders Supply Company, Inc.**                                    Case No.

Chapter   **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.  If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Pepper Construction Co.<br>a/k/a The Pepper Companies Inc.<br>643 North Orleans Street<br>Chicago, IL 60654-3608 | | Non-Purchase Money | *Contingent*<br>*Unliquidated*<br>*Disputed* | **$215,547.00** |
| CSM Enterprises<br>c/o Casey Gill<br>5180 Pleasant Hill Road<br>Hartford, WI 53027 | | Building lease | | **$187,500.00** |
| Department of Treasury<br>Internal Revenue Services<br>Cincinnati, OH 45999-0039 | | Taxes | | **$111,963.88** |
| Rolewick & Gutzke, P.C.<br>Attn: David F. Rolewick, Esq.<br>Attorneys at Law<br>1776 S. Naperville Rd. #104A<br>Wheaton, IL 60189 | | Attorney Fees | *Contingent*<br>*Unliquidated*<br>*Disputed* | **$81,245.01** |
| Symons Corporation<br>P. O. Box 712299<br>Cincinnati, OH 45271-2299 | | Trade Payable | | **$78,000.00** |
| Adele M. Fahey<br>807 Deer Trail Lane<br>Oak Brook, IL 60523 | | Personal loan | | **$60,000.00** |

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

IN RE:  **DeCanio Builders Supply Company, Inc.**                    Case No.

Chapter   **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1)<br><br><br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br><br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| John A. Greager<br>1263 Highland Avenue, Ste 1-S<br>Lombard, IL 60148 | | Personal loan | | **$54,000.00** |
| Cook County Treasurer's Office<br>118 N Clark Street, Ste 112<br>Chicago, IL 60602 | | Past Due Property Taxes | | **$38,000.00** |
| Cook County Collector<br>P. O. Box 7552<br>Chicago, IL 60680-7552 | | Open account | | **$38,000.00** |
| Anco Steel Company<br>P. O. Box 426<br>Montgomery, IL 60538-9246 | | Trade Payable | | **$18,764.00** |
| MIdwest Pipe and Rebar Coating, Inc.<br>P. O. Box 1240<br>Maple Grove, MN 55311 | | Trade Payable | | **$17,400.00** |
| Traffic Control Corporation<br>10435 Argonne Woods Drive<br>Woodridge, IL 60517 | | Trade Payable | | **$16,781.00** |
| AT & T<br>P. O. Box 9001309<br>Louisville, KY 40290-1309 | | Telephone services | | **$8,912.00** |

B4 (Official Form 4) (12/07)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

IN RE:   **DeCanio Builders Supply Company, Inc.**                Case No.

Chapter   **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1)<br><br><br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br><br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Block Heavy & Highway Products<br>1414 Mississippi Blvd.<br>P. O. Box 280<br>Berrendorf, IA 52722 | | Trade Payable | | **$7,450.00** |
| Wright Express<br>Fleet Fueling<br>P. O. Box 6293<br>Carol Stream, IL 60197-6293 | | Open account | | **$7,254.00** |
| Wright Express<br>Fleet Fueling<br>P. O. Box 6293<br>Carol Stream, IL 60197-6293 | | Trade Payable | | **$7,254.00** |
| Gerdau Ameristeel #774278<br>4278 Solutions Center<br>Chicago, IL 60677-4002 | | Trade Payable | | **$6,512.00** |
| Admiral Steel<br>P. O. Box 2488<br>Orland Park, IL 60462 | | Trade Payable | | **$6,245.00** |
| Dayton Superior Corp<br>P. O. Box 712273<br>Cincinnati, OH 45271-2273 | | Trade Payable | | **$5,710.00** |
| Prime Source Receivables Co., LLC<br>2517 Paysphere Circle<br>Chicago, IL 60674-0025 | | Trade Payable | | **$5,700.00** |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:   **DeCanio Builders Supply Company, Inc.**                          Case No.

                                                                                                    Chapter      **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 3*

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**CFO**_____ of the _____**Corporation**_____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the
best of my information and belief.

Date:__**1/26/2011**_____          Signature:__**/s/ Edward Schmidl**_____

                                                                                          *Edward Schmidl*
                                                                                          **CFO**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:   **DeCanio Builders Supply Company, Inc.**                    CASE NO

                                                                    CHAPTER    **11**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date   1/26/2011                                    Signature   /s/ Edward Schmidl
                                                                *Edward Schmidl*
                                                                *CFO*

Date _____            Signature _____

A M Metal Spinning Co., Inc.
756 Larsen Lane
Bensenville, IL 60106

American Express
Box 0001
Los Angeles, CA 90096-8000

AT & T Mobility
P. O. Box 6463
Carol Stream, IL 60197-6463

Accountemps
12400 Collections Center Drive
Chicago, IL 60693

Amerigas-Chicago
310N Sangamon
Chicago, IL 60607-1313

AT & T U-Verse
P. O. Box 5014
Carol Stream, IL 60197-5014

Adele M. Fahey
807 Deer Trail Lane
Oak Brook, IL 60523

Ames Metal Products
4323 S Western Avenue
Chicago, IL 60609

B. E. Atlas
4300 N Kilpatrick Avenue
Chicago, IL 60641

Admiral Steel
P. O. Box 2488
Orland Park, IL 60462

Anco Steel Company
P. O. Box 426
Montgomery, IL 60538-9246

B. L. Downey Co., Inc
135 S LaSalle Street, Dept 2229
Chicago, IL 60603-2229

AFLAC
Worldwide Headquarters
Columbus, GA 31999

ANCO Steel Company
Gregory J. Ramal, Esq.
6106 W Barry Avenue
Chicago, IL 60634

BASF Buildings Systems, LLC
24503 Network Place
Chicago, IL 60673-1245

AIRA Enterprises
6866 W 65th Street
Bedford Park, IL 60638

Archovations, Inc.
d/b/a Cavclear
P. O. Box 241
Husdon, WI 54016

BASF Construction Chemicals
24503 Network Place
Chicago, IL 60675-1245

Airgas North Central
P. O. Box 802588
Chicago, IL 60680-2588

AT & T
P. O. Box 9001309
Louisville, KY 40290-1309

BASF Corporation
c/o Kohner Mann & Kallas, SC
Washington Bldg, Barnabas Bus. C
4650 N Port Washington Road
Milwaukee, WI 53212-1059

Alliance Hose & Rubber Co.
91 Joey Drive
Elk Grove Village, IL 60007

AT & T - Local
P. O. Box 8100
Aurora, IL 60507-8100

Bel-Air Manufacturing, Inc.
3525 W Potomac Avenue
Chicago, IL 60651-2231

Ambassador Steel Fabrication, L
75 Remittance Drive, Ste 1572
Chicago, IL 60675-1572

AT & T - Wisconsin
P. O. Box 8100
Aurora, IL 60507-8100

Black & Decker (USA), Inc.
P. O. Box 91330
Chicago, IL 60693-1330

Blair's True Value Hardware
P. O. Box 363
Butler, WI 53007

CCS II
P. O. Box 479
Bellwood, IL 60104

Cingular Wireless
P. O. Box 806055
Chicago, IL 60680-6055

Bliffert Lumber & Fuel Co
6826 W 13th Street
Oak Creek, WI 53154

Chicago Area Building Specialis
303 W Irving Park Road
Roselle, IL 60172

City Clerk
121 N LaSalle Street, Room 107
Chicago, IL 60602-1295

Bliffert Lumber Co.
5030 N 35th Street
P. O. Box 090524
Milwaukee, WI 53209

Chicago Department of Revenue
8034 Innovation Way
Chicago, IL 60682

City of Chicago
Department of Revenue
P. O. Box 88298
Chicago, IL 60680-1298

Block Heavy & Highway Products
1414 Mississippi Blvd.
P. O. Box 280
Berrendorf, IA 52722

Chicago Department of Revenue
Transaction Tax
Lockbox 93180
Chicago, IL 60673-3180

City of Chicago
Department of Revenue
Business License Division
P. O. Box 641039
Chicago, IL 60664-1039

BoMetals, Inc.
141 Hammond Street
Carrollton, GA 30117

Chicago Fastner Manufacturing C
Division of Chicago Fastner Gro
10902 Walnut Lane
Mokena, IL 60448

City of Chicago
Department of Water Bureau
Water Billings & Customer Servi
P. O. Box 6330
Chicago, IL 60680-6330

Bonsal American
OldCastle Architectual
P. O. Box 281479
Atlanta, GA 30384-1479

Chicago Hardware & Fixture Comp
9100 Parklane Avenue
Franklin Park, IL 60131

Cleform Tool Company
4343 Easton Road
St. Joseph, MO 64503

Bracing Systems North
P. O. Box 517
Bloomingdale, IL 60108

Chicago Mail Tubing
400 Leavitt Avenue
Chicago, IL 60612

Coleman Cable
P. O. Box 933091
Atlanta, GA 31193-3091

Brock-White Company
2175 S 162nd Street
New Berlin, WI 53151-2201

Chicago Suburban Express Inc
P. O. Box 388568
Chicago, IL 60638

Comcast Cable
P. O. Box 3001
Southeastern, PA 19398-3001

Cassidy Tire & Service, Inc
200 S Church Street
Addison, IL 60101

Chicago Wholesale Hardware
171 N Halsted Street
Chicago, IL 60661

Commonwealth Edison
P. O. Box 6111
Carol Stream, IL 60197-6111

Con-Way Freight, Inc
P. O. Box 5160
Portland, OR 97208-5160

Dayton Superior Corp
P. O. Box 712273
Cincinnati, OH 45271-2273

Electro Tape Specialist
P. O. Box 1014
Odessa, FL 33556

Con-Way Transportation Services
135 S LaSalle Street, Dept. 249
Chicago, IL 60674-2493

Delta Screw Company
P. O. Box 47319
2036 N Campbell Avenue
Chicago, IL 60647-4196

EMI Construction Products
526 E 64th Street
Holland, MI 49423

Concrete Clinic, Inc.
13089 Main Street
Lemont, IL 60439

Department of Treasury
Internal Revenue Services
Cincinnati, OH 45999-0039

F. W. Dodge
P. O. Box 802134
Chicago, IL 60680-2134

Concrete Earth
13087 Main Street
Lemont, IL 60439

Deslauriers
28031 Network Place
Chicago, IL 60673-1280

Falltech
10240 S Alameda Street
South Gate, CA 90280

Cook County Collector
P. O. Box 7552
Chicago, IL 60680-7552

Director of Employment Security
P. O. Box 19300
Springfield, IL 62794

Ferrellgas Company
P. O. Box 17390
Denver, CO 80217-3940

Cook County Treasurer's Office
118 N Clark Street, Ste 112
Chicago, IL 60602

Diversofoam Products, Inc
P. O. Box 1450 NW8486
MInneapolis, MN 55485-8486

Field Tool Supply Company
2358 N Seeley Avenue
Chicago, IL 60647-3395

COX North America, Inc.
P. O. Box 105
Grand Rapids, MI 49501-0105

Door Systems, Inc
751 Expressway Drive
Itasca, IL 60143

Geo-Synthetics, Inc.
W239 N428 N. Pewaukee Road
Waukesha, WI 53188-6904

CSM Enterprises
c/o Casey Gill
5180 Pleasant Hill Road
Hartford, WI 53027

Dunn Safety Products
37 S Sanamon
Chicago, IL 60607-2684

Gerdau Ameristeel #774278
4278 Solutions Center
Chicago, IL 60677-4002

CSM Enterprises
c/o Casey Gill
5180 Pleasant Hill Drive
Hartford, WI 53027

Edward C. Schmidl
11128 Parker Street
Mokena, IL 60448

Great Glaciers of WI, Inc.
P. O. Box 249
Lake Delton, WI 53940

Harris Supply Solution
3497 Solutions Center
Lockbox 773497
Chicago, IL 60677-4002

Internal Revenue Services
14479 S John Humphrey Drive
Orland Park, IL 60462

Mazel and Company
4300 W Ferdinand Street
Chicago, IL 60624


Harvey Cement Products, Inc
16030 Park Avenue
Harvey, IL 60426-5069

Jakacki Bag & Barrel, Inc.
P. O. Box 8729
Rolling Meadows, IL 60008

McCann Industries, Inc.
38951 Eagle Way
Chicago, IL 60678-1389


Heckmann Building Products, Inc
1501 N 31st Avenue
Melrose Park, IL 60160

Jesse White Secretary of State
License Renewal
3701 Winchester Road
Springfield, IL 62707-9700

McMaster-Carr Supply Company
P. O. Box 7690
Chicago, IL  60680-7690


Hinkley Springs Water Company
P. O. Box 660579
Dallas, TX 75266-0579

John A. Greager
1263 Highland Avenue, Ste 1-S
Lombard, IL 60148

Meadow Burke Products
P. O. Box 404271
Atlanta, GA 30384-4271


Illinois Department of Revenue
Lien Unit
P. O. Box 19035
Springfield, IL 62794-9035

Kraft Tool Company
P. O. Box 860230
Shawnee, KS 66286-0230

Mercury Plastics
4535 W Fullerton
Chicago, IL


Illinois Department of Revenue
P. O. Box 19447
Springfield, IL 62794-9447

Laclede Chain Manufacturing Co
P. O. Box 790051
St. Louis, MO 63179-0051

Midco-Bay Installation, Inc.
P. O. Box 9229
Green Bay, WI 54309-9229


Illinois Department of Revenue
Retailer's Occupational Tax
Springfield, IL 62796-0001

Lance Construction Supplies, In
4225 W Ogden Avenue
Chicago, IL 60623

MIdwest Canvas Corporation
4635 W Lake Street
Chicago, IL 60644-2798


Illinois Dept. of Employment Se
P. O. Box 80341
Chicago, IL 60680-3412

Lee Lumber & Building Material
3250 N Kedzie Avenue
Chicago, IL 60618

MIdwest Pipe and Rebar Coating,
P. O. Box 1240
Maple Grove, MN 55311


Ink Smith Inc
3352 Milwaukee Aveue
Chicago, IL 60641

Mauritzon Inc.
3939 W Belden
Chicago, IL 60647

Miller's Eureka
2121 W Hubbard Street
Chicago,I L 60612-1676

MKT Fastening, LLC
#1 Gunnebo Drive
Lonoka, AR 72086

Peoples Gas
Chicago, IL 60687-0001

R & J Construction Supply Co, I
1567 Frontenac Road
Naperville, IL 60563

Mutual Industries, Inc.
Gann Manufacturing
Lockbox #701247/P. O. Box 13700
Philidelphia, PA 19191-1247

Pepper Construction Co.
a/k/a The Pepper Companies Inc.
643 North Orleans Street
Chicago, IL 60654-3608

Relton Corporation
P. O. Box 60019
Arcadia, CA 91066-6019

N. Turek & Sons Supply Co
1333 S Jefferson Street
Chicago, IL 60617

Phoenix Fastners Company
2501 W Homer Street
Chicago, IL 60647

Rhino Tool Company
620 Andrews Avenue
P. O. Box 111
Kewanee, IL 61443

Newark Paperboard Products
1820 Solutions Center
Chicago, IL 60677-1008

Pitney Bowes Global Financial
P. O. Box 856460
Louisville, KY 40285-6460

RKD Construction Supplies & Equ
11633 W Grand Avenue
Northlake, IL 60164-1302

Nucara Pharmacy
101 W Vallette
Elmhurst, IL 60126

Pitney Bowes Inc
P. O. Box 856390
Louisville, KY 40285-6390

Rolewick & Gutzke, P.C.
Attn: David F. Rolewick, Esq.
Attorneys at Law
1776 S. Naperville Rd. #104A
Wheaton, IL 60189

O & G Spring & Wire
4500 W Division Street
Chicago, IL 60612

Prime Source Receivables Co., L
2517 Paysphere Circle
Chicago, IL 60674-0025

Roscoe Company
P. O. Box 4804
Chicago, IL 60680-4804

O'Leary's Contractors Equipment
4554 W North Avenue
Chicago, IL 60639

Promens USA, Inc
1005 W Atlantic Drive
West Chicago, IL 60185

Roth Metal Fabricators, Corp
3735 W 128th Place
Alsip, IL 60658

OCM
c/o Mizuho Corporate Bank
P. O. Box 3535
Church Street Station
New York, NY 10008-3535

Quikrite Companies
P. O. Box 930134
Atlanta, GA 31193-0134

Rubenstein Lumber Co
167 W Morgan Street
Chicago, IL 60607

OD & F Equipment
P. O. Box 5285
Oak Brook, IL 60612

Quill Corporation
P. O. Box 37600
Philadelphia, PA 19101-0600

Sandell Manufacturing Co, Inc.
310 Wayto Road
Schenectady, NY 12303

Simpson Strong Tie Co., Inc
c/o U.S. A.P.S.
704 N 39th Street. Ste 200-210
Pierce, FL 34947

Traffic Control Corporation
10435 Argonne Woods Drive
Woodridge, IL 60517

W. R. Meadows, Inc
P. O. Box 92170
Elk Grove, IL 60009


Soluta, Inc
P. O. Box 75098
Charlotte, NC 28275-5098

Travelers Insurance Company
ATTN: Karl A. Meyer, Jr.
PO Box 2954
Milwaukee, WI   53201-2954

W. W. Grainger
Department 801568908
Palatine, IL 60038-0001


Specco Industries, Inc
13087 Main Street
Lemont, IL 60439

Turek & Sons, LLC
P. O. Box 220026
Chicago, IL 60622

Wade Tool & Supply Co.
5520 W Touhy Ave, Unit K
Skokie, IL 60077


Stan's Industrial Woodworking,
P. O. Box 142
Lyndon Station, WI 53944

United Abrasives, Inc.
Box 75
Williamantic, CT 06226

Waste Management of Wisconsin
P. O. Box 9001054
Louisville, KY 40290-1054


Superior Car & Truck Repair
3849 W Lake Street
Chicago, IL 60624

United Construction Products, I
1700 Quincy Avenue
Naperville, IL 60540

WE Energies
P. O. Box 2089
Milwaukee, WI 53201-2089


Symons Corporation
P. O. Box 712299
Cincinnati, OH 45271-2299

United Lift Truckq
P. O. Box 5948
Carol Stream, IL 60197-5948

Westfield Insurance
P. O. Box 9001566
Louisville, KY 40290-1556


The Glenrock Co
P. O. Box 95279
Palatine, IL 60095

United Parcel Service
Lockbox 577
Carol Stream, IL 60132-0577

Wisconsin Department of Revenue
Sales Tax/Attn: Dharamsey
P. O. Box 8901
Madison, WI 53708-8901


TK Products
11400 W 47th Street
Minnetonka, MN 55343

Veolia Es Solid Waste Midwest I
T8 P. O. Box 6484
Carol Stream, IL 60197-6484

Wisconsin Department of Revenue
P. O. Box 8908
Madison, WI 53708-8908


Total Fasteners, Inc
P. O. Box 1222
LaGrange Park, IL 60525

Verizon Wireless
P. O. Box 6170
Carol Stream, IL 60197-6170

Wisconsin Department of Revenue
Box 930931
Milwaukee, WI 53293-0931

Wisconsin Dept of Financial Ins
Drawer 978
Milwaukee, WI 53293-0978


Wisconsin Lift Truck Corp
2588 Solution Centers
Chicago, IL 60677-2005


Wisconsin Unemployment Insuranc
Unemployment Insurance
P. O. Box 78950
Milwaukee, WI 53278-0960


Wright Express
Fleet Fueling
P. O. Box 6293
Carol Stream, IL 60197-6293

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:                                                                CHAPTER   **11**

**DeCanio Builders Supply Company, Inc.**


DEBTOR(S)                                                         CASE NO


## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| | | | |

**DECLARATION UNDER PENALTY OF PERJURY**
**ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the _____ **CFO** _____ of the _____ **Corporation** _____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date:__**1/26/2011**_____          Signature:__**/s/ Edward Schmidl**_____

                                                                            *Edward Schmidl*
                                                                            **CFO**

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION (CHICAGO)

IN RE:                                        §
**DeCanio Builders Supply Company, Inc.**     §
                                              §     Case No. _____
                                              §
                    Debtor(s)                 §     Chapter   __11_____

## DECLARATION FOR ELECTRONIC FILING OF BANKRUPTCY
## PETITION, LISTS, STATEMENTS, AND SCHEDULES

## PART I: DECLARATION OF PETITIONER:

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case.  I have read the information provided in the petition, lists, statements, and schedules to be filed electronically in this case and I HEREBY DECLARE UNDER PENALTY OF PERJURY that the information provided therein, as well as the social security information disclosed in this document, is true and correct.  I understand that this Declaration is to be filed with the Bankruptcy Court within five (5) business days after the petition, lists, statements, and schedules have been filed electronically.  I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

☐   *[Only include for Chapter 7 individual petitioners whose debts are primarily consumer debts]* --
    I am an individual whose debts are primarily consumer debts and who has chosen to file under chapter 7.  I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each chapter, and choose to proceed under chapter 7.

☑   *[Only include if petitioner is a corporation, partnership or limited liability company]* --
    I hereby further declare under penalty of perjury that I have been authorized to file the petition, lists, statements, and schedules on behalf of the debtor in this case.

Date:  __1/26/2011_____        **/s/ Edward Schmidl_____**
                                  Edward Schmidl
                                  CFO
                                  **Complete EIN:  36-2739072_____**

## PART II: DECLARATION OF ATTORNEY:

I declare UNDER PENALTY OF PERJURY that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date:  __1/26/2011_____                    **/s/ Charles Wm. Dobra_____**
                                              Charles Wm. Dobra, Attorney for Debtor