## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 11-02958 |
| DECANIO BUILDERS SUPPLY ) | |
| COMPANY, INC., ) | Honorable Jacqueline P. Cox |
| ) | |
| Debtor ) | Chapter 11 |

### NOTICE OF MOTION

To:   SEE ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that on the 30th day of June, 2015, at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Jacqueline P. Cox in Courtroom 680 in the United States Courthouse, 219 S. Dearborn, Chicago, Illinois, or before any other Bankruptcy Judge who may be presiding in said Judge's place and stead, and shall then and there move the Court for the entry of an order in accordance with the attached motion at which time you may appear if you so desire.

/s/ Joel A. Schechter

### CERTIFICATE OF SERVICE

The undersigned being first duly sworn on oath deposes and says that he served the above and foregoing notice and attached motion on the parties on attached service list via first class mail, postage prepaid, on the 17th day of June, 2015, before the hour of 6:00 p.m. from 53 W. Jackson Blvd., Chicago, Illinois 60604.

/s/ Joel A. Schechter

Joel A. Schechter
Attorney No. 03122099
LAW OFFICES OF JOEL A. SCHECHTER
53 W. Jackson Blvd., Suite 1522
Chicago, Illinois  60604; (312) 332-0267

## SERVICE LIST

Denise A. Delaurent
Office of the U.S. Trustee
219 S. Dearborn St., Room 873
Chicago, IL 60604

Nathan H. Lichtenstein
Aronberg, Goldgehn, Davis, & Garmisa
330 N. Wabash Avenue, Suite 1700
Chicago, IL 60611

David L. Kane
Meltzer Purtill & Stelle LLC
300 S. Wacker Drive, Suite 3500
Chicago, IL 60606

Lustig & Associates
3400 Dundee Road
Northbrook, IL 60062

Charles W. Dobra
675 E. Irving Park Road
Roselle, IL 60172

Burr E. Anderson
Anderson Law Offices
223 W. Jackson Blvd, Suite 1016
Chicago, IL 60606

Traffic Control Corporation
10435 Argonne Woods Drive
Woodridge, IL 60517

Wright Express Financial Services
P.O. Box 639
Portland, ME 04103

CSM Enterprises
c/o John Paul Perla, Jr.
205 Bishops Way, Ste 231
Brookfield, WI 53005

Admiral Steel
P.O. Box 2488
Orland Park, IL 60462

AT & T
P.O. Box 9001309
Louisville, KY 40290-1309

Block Heavy & Highway Products
1414 Mississippi Blvd.
P.O. Box 280
Bettendorf, IA 52722

Cook County Collector
P.O. Box 7552
Chicago, IL 60680-7552

Cook County Treasurer
118 N. Clark Street, Suite 112
Chicago, IL 60602

Dayton Superior Corp.
P.O. Box 712273
Cincinnati, OH 45271-2273

Gerdau Ameristeel #774278
4278 Solutions Center
Chicago, IL 60677-4002

Midwest Pipe & Rebar Coating, Inc.
P.O. Box 1240
Osseo, MN 55311

Prime Source Receivables Co., LLC
2517 Paysphere Circle
Chicago, IL 60674-0025

Rolewick & Gutzke, P.C.
1776 S. Naperville Road, Suite 104A
Wheaton, IL 60189

Estate of Dominick DeCanio
c/o Lillig & Thorsness, Ltd.
1900 Spring Road, Suite 200
Oak Brook, IL 60523

Adele M. Fahey
807 Deer Trail Lane
Oak Brook, IL 60523

John A. Greager
1263 Highland Avenue, Suite 1-S
Lombard, IL 60148

Department of the Treasury
Internal Revenue Service
Cincinnati, OH 45999

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664

Dayton Superior Corp
P.O. Box 712273
Cincinnati, OH 45271

Symons Corporation
P.O. Box 712299
Cincinnati, OH 45271

Pepper Construction Co
643 North Orleans
Chicago, IL 60654

Anco Steel Company
P.O. Box 426
Montgomery, IL 60538

Wright Express Fleet Fueling
P.O. Box 6293
Carol Stream, IL 60197-6293

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 11-02958 |
| DECANIO BUILDERS SUPPLY ) | |
| COMPANY, INC., ) | Honorable Jacqueline P. Cox |
| ) | |
| Debtor/Debtor-in-Possession ) | Chapter 11 |

**MOTION OF DEBTOR, DECANIO BUILDERS SUPPLY COMPANY, INC., FOR
ENTRY OF FINAL DECREE TO CLOSE CHAPTER 11 CASE**

Now Comes the Debtor and Debtor-in-Possession, DeCanio Builders Supply Company, Inc. ("Debtor"), by and through its attorney, Joel A. Schechter of the Law Offices of Joel A. Schechter, and moves the Court pursuant to 11 U.S.C. §350 and Rule 3022 of the Federal Rules of Bankruptcy Procedure for the entry of a final decree closing the bankruptcy case, and in support thereof states as follows:

1. On January 26, 2011, the Debtor filed a voluntary petition pursuant to Chapter 11 of Title 11, United States Code ("Case").

2. The Debtor remained in possession of its assets and continued to operate its affairs pursuant to 11 U.S.C. §1107 and §1108.

3. No trustee or creditors committee was appointed herein.

4. The Debtor was engaged in the business of selling concrete accessories at wholesale and the Case was filed in order to restructure the Debtor's debt.

5. On February 23, 2012, this Honorable Court entered an order confirming the Debtor's second amended small business plan of reorganization ("Plan").

6. The Plan provides for the payment of Administrative Claims and divided the creditor body into seven (7) classes of claims or interests.

7. Class 1 consists of priority claims due past employees for wages and unpaid vacation

pay. The claims filed in this class totaled $103,081.34. The Debtor estimated the claims to be $8,938.34. The Debtor and the claimants were engaged in litigation to determine the amount of the claims in Adversary Proceeding 11-00974. Once adjudicated, the Plan provides for 100% payment, plus interest at 3.25% per annum. The Adversary Proceeding was dismissed on July 15, 2014, pursuant to settlement.

8. Class 2 consists of the secured claim of U.S. Treasury, Internal Revenue Service, for unpaid tax claims. The claim was estimated at $48,559.68 and the Plan provided for 100% payment, plus interest at 3.25% per annum.

9. Class 3 consists of the secured claim of Rolewick & Gutzke, P.C., in the estimated amount of $81,706.20, to be repaid 100%, plus interest at 4% per annum.

10. Class 4 consists of the secured claim of Cook County Treasurer for unpaid real estate taxes in the estimated amount of $38,000.00, to be repaid 100%, plus statutory interest.

11. Class 5 consists of the unsecured claims of trade creditors in the estimated amount of $167,438.71, to be repaid 100%, plus interest at 3.25% per annum.

12. Class 6 consists of the unsecured claims of non-trade creditors in the estimated amount of $225,143.61, to be repaid 100%, plus interest at 3.25% per annum.

13. Class 7 consists of the shareholder interests in the Debtor. Pursuant to the Plan, no payment is to be made to this class and the current equity holders' interests are to be extinguished.

14. Pursuant to Rule 3022-1 of the Local Bankruptcy Rules, the Debtor hereby alleges that it is in full compliance with the Plan as follows:

> a. All payments required to be made by the Debtor to Class 1-5 claimants have been paid;
>
> b. The Debtor is current in its obligations to the Class 6 claimants; and
>
> c. No payments were due to the claimants in Class 7.

15. Notice of this motion has been provided to the twenty (20) largest unsecured creditors and all other parties in interest. Since the Plan provides for a 100% dividend to all creditors, the Debtor requests that the notice provided be deemed adequate under the circumstances.

WHEREFORE, the Debtor, DECANIO BUILDERS SUPPLY COMPANY, INC. prays the Honorable Court enter a final decree closing the Chapter 11 case and for such other and further relief as the Court may deem just and proper.

> Respectfully submitted,
>
> DeCanio Builders Supply Company, Inc., Debtor
> and Debtor-in-Possession
>
> By: __Joel A. Schechter__
>       Its Attorney

Joel A. Schechter
Attorney No. 03122099
LAW OFFICES OF JOEL A. SCHECHTER
53 W. Jackson Blvd., Suite 1522
Chicago, IL  60604; (312) 332-0267