UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | Case No. 11-02958 |
| ) | |
| DECANIO BUILDERS SUPPLY COMPANY, INC. ) | |
| ) | Honorable Jacqueline P. Cox |
| Debtor/Debtor-in-Possession ) | Chapter 11 |
| ------------------------------------------------------------- | |
| DE CANIO BUILDERS SUPPLY COMPANY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| Z BUILDERS SUPPLY CO. INC., an Illinois Corporation; ) | |
| and EDWARD D. JONES & CO. et al. ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF MOTION

TO:   SEE ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that on the 30th day of June, 2015, at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Jacqueline P. Cox in Courtroom 680 in the United States Courthouse, 219 S. Dearborn, Chicago, Illinois, or before any other Bankruptcy Judge who may be presiding in said Judge's place and stead, and shall then and there move the Court for the entry of an order in accordance with the attached Application for Professional Compensation at which time you may appear if you so desire.

/s/   Burr E. Anderson

### CERTIFICATE OF SERVICE

The undersigned being first duly sworn on oath deposes and says that he served the above and foregoing notice and attached Application on the parties on attached service list via first class mail, postage prepaid, on the 22nd day of June, 2015, before the hour of 5:00 p.m. from 223 West Jackson Blvd., Chicago, Illinois 60606.

/s/   Burr E. Anderson

Burr E. Anderson
Anderson Law Offices
223 W. Jackson Blvd., Suite 1016
Chicago, IL  60606
(312) 957-1100
Atty. No. 3121649
burranderson@andersonlawil.com

## SERVICE LIST

Denise A. Delaurent
Office of the U.S. Trustee
219 S. Dearborn St., Room 873
Chicago, IL 60604

Nathan H. Lichtenstein
Aronberg, Goldgehn, Davis, & Garmisa
330 N. Wabash Avenue, Suite 1700
Chicago, IL 60611

David L. Kane
Meltzer Purtill & Stelle LLC
300 S. Wacker Drive, Suite 3500
Chicago, IL 60606

Lustig & Associates
3400 Dundee Road
Northbrook, IL 60062

Charles W. Dobra
675 E. Irving Park Road
Roselle, IL 60172

Burr E. Anderson
Anderson Law Offices
223 W. Jackson Blvd, Suite 1016
Chicago, IL 60606

Traffic Control Corporation
10435 Argonne Woods Drive
Woodridge, IL 60517

Wright Express Financial Services
P.O. Box 639
Portland, ME 04103

CSM Enterprises
c/o John Paul Perla, Jr.
205 Bishops Way, Ste 231
Brookfield, WI  53005

Admiral Steel
P.O. Box 2488
Orland Park, IL 60462

AT & T
P.O. Box 9001309
Louisville, KY 40290-1309

Block Heavy & Highway Products
1414 Mississippi Blvd.
P.O. Box 280
Bettendorf, IA 52722

Cook County Collector
P.O. Box 7552
Chicago, IL 60680-7552

Cook County Treasurer
118 N. Clark Street, Suite 112
Chicago, IL 60602

Dayton Superior Corp.
P.O. Box 712273
Cincinnati, OH 45271-2273

Gerdau Ameristeel #774278
4278 Solutions Center
Chicago, IL 60677-4002

Midwest Pipe & Rebar Coating, Inc.
P.O. Box 1240
Osseo, MN 55311

Prime Source Receivables Co., LLC
2517 Paysphere Circle
Chicago, IL 60674-0025

Rolewick & Gutzke, P.C.
1776 S. Naperville Road, Suite 104A
Wheaton, IL 60189

Estate of Dominick DeCanio
c/o Lillig & Thorsness, ltd.
1900 Spring Road, Suite 200
Oak Brook, IL  60523

Adele M. Fahey
807 Deer Trail Lane
Oak Brook, IL  60523

John A. Greager
1263 Highland Avenue
Suite 1-S
Lombard, IL  60148

Department of the Treasury
Internal Revenue Service
Cincinnati, OH  45999

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL  60664

Dayton Superior Corp.
P.O. Box 712273
Cincinnati, OH  45271

Pepper Construction Co.
643 North Orleans
Chicago, IL  60654

Anco Steel Company
P.O. Box 426
Montgomery, IL  60538

Wright Express Fleet Fueling
P.O. Box 6293
Carol Stream, IL  60197-6293

Edward Schmidl
De Canio Builders Supply Company
738 N. California Ave.
Chicago, IL  60612