UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 11-02958 |
| DECANIO BUILDERS SUPPLY ) | |
| COMPANY, INC., ) | Honorable Jacqueline P. Cox |
| ) | |
| Debtor ) | Chapter 11 |

## NOTICE OF MOTION

To:   DeCanio Builders Supply Company, Inc. 738 North California Ave., Chicago, IL 60612
Denise A. DeLaurent, Office of the U.S. Trustee, 219 S. Dearborn St., Room 873, Chicago, IL 60604

**PLEASE TAKE NOTICE** that on the 30th day of June, 2015, at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Jacqueline P. Cox in Courtroom 680 in the United States Courthouse, 219 S. Dearborn, Chicago, Illinois, or before any other Bankruptcy Judge who may be presiding in said Judge's place and stead, and shall then and there move the Court for the entry of an order in accordance with the attached motion at which time you may appear if you so desire.

/s/ Joel A. Schechter

## CERTIFICATE OF SERVICE

The undersigned being first duly sworn on oath deposes and says that he served the above and foregoing notice and attached application on the above-referenced parties via first class mail, postage prepaid, on the 22nd day of June, 2015, before the hour of 6:30 p.m. from 53 W. Jackson Blvd., Chicago, Illinois 60604.

/s/ Joel A. Schechter

Joel A. Schechter
Attorney No. 03122099
LAW OFFICES OF JOEL A. SCHECHTER
53 W. Jackson Blvd., Suite 1522
Chicago, Illinois 60604; (312) 332-0267

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 11-02958 |
| | ) | |
| DeCanio Builders Supply Company, Inc., | ) | Honorable Jacqueline P. Cox |
| | ) | |
| Debtor/Debtor-in-Possession | ) | Chapter 11 |

**FIRST AND FINAL FEE APPLICATION OF JOEL A. SCHECHTER, ATTORNEY FOR THE DEBTOR, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Now Comes Joel A. Schechter of the Law Offices of Joel A. Schechter ("JAS"), Counsel for the Debtor and Debtor-in-Possession, DeCanio Builders Supply Company, Inc. ("Debtor"), and as and for his first and final application for compensation and reimbursement of expenses, states as follows:

**Jurisdiction and Venue**

1. This Court has jurisdiction over this matter pursuant to 11 U.S.C. §1334 and Internal Operating Procedure 15(a) of the Northern District of Illinois.

2. Venue of this matter is placed in the Northern District of Illinois, Eastern Division, pursuant to 28 U.S.C. §1409.

3. This is a core matter pursuant to 28 U.S.C. §157(b)(1) and (2)(A) and, therefore, the Court can enter a final judgment or order.

**Basis for Relief**

4. The statutory basis for the relief requested herein is contained in 11 U.S.C. §§327 and 330 and Rule 2016 of the Federal Rules of Bankruptcy Procedure.

**Background**

5. On January 26, 2011, the Debtor filed a voluntary petition pursuant to Chapter 11 of Title 11, United States Code.

6. On March 24, 2011, the Debtor filed its application to employ JAS as counsel pursuant to 11 U.S.C. §327, retroactive to March 17, 2011, and on April 5, 2011, an order was entered authorizing the Debtor to employ JAS as counsel, retroactive to March 17, 2011.

7. On July 25, 2011, the Debtor filed its Chapter 11 Small Business Plan of Reorganization ("Plan"). On August 12, 2011, the Debtor filed its Small Business Disclosure Statement ("Disclosure Statement").

8. On August 12, 2011, the Debtor filed its first amended Plan.

9. On November 22, 2011, the Debtor filed its second amended Plan and its first amended Disclosure Statement.

10. On February 23, 2012, this Honorable Court entered an order approving the adequacy of the first amended Disclosure Statement and confirming the second amended Plan.

**Summary of Compensation Request**

11. JAS received a pre-petition retainer in the amount of $25,000.00.[1]

12. During the course of administration of this case, JAS expended a total number of hours. JAS' hourly rate at the time the services were rendered ranged from $350-$450. JAS is a sole practitioner and, accordingly, performed all work described herein and in the time sheet appended hereto. JAS is requesting the Court allow compensation in the amount of $42,807.50.

13. Attached hereto as Exhibit A and made a part hereof is a detailed time sheet of

---

[1] Paid by Adele Fahey & Catherine DeCanio.

services rendered by JAS including the date of services rendered, the services rendered and the time expended thereon.

14. The services rendered are categorized in the following categories:

(a) Case Administration.

JAS rendered the total sum of 55.30 hours for services rendered in connection with what is designated herein as case administration. The total fee requested in this category is $20,165.00.

(b) Motion to Modify Stay

JAS rendered the total sum of 1.50 hours for services rendered in connection with a motion to modify stay. The total fee requested in this category is $525.00.

(c) Plan and Disclosure statement.

JAS rendered the total sum of 50.00 hours with regard to preparing and filing the Debtor's plan and disclosure statement, first amended plan, second amended plan and first amended disclosure statement and attending court hearings with respect to the plan and disclosure statement. In addition, motions to extend time to file the disclosure statement were prepared and prosecuted along with motions to extend time to obtain confirmation of the plan. The total fee requested in this category is $17,600.00.

(d) Post-Confirmation Matters

JAS rendered the total sum of 11.40 hours with regard to post-confirmation matters including, but not limited to, attendance at post-confirmation status hearings and filing the quarterly reports as to disbursements and plan payments. The total fee requested in this category is $4,517.50.

15. Attached hereto as Exhibit B and made a part hereof is a detailed list of expenses for which JAS seeks reimbursement.

16.     JAS seeks allowance of compensation in the total amount of $42,807.50 and reimbursement of expenses in the total amount of $1,852.48. This is the first and final fee application and no previous fee applications have been filed by JAS.

17.     After crediting the Debtor for the pre-petition retainer in the amount of $25,000.00, JAS requests that the Debtor be authorized to pay an additional $17,807.50 in fees and $1,852.48 in reimbursement of expenses for a total payment of $19,659.98.

18.     Rule 2002(a)(6) of the Federal Rules of Bankruptcy Procedure, provides for twenty-one (21) days' notice of the hearing on application for compensation and reimbursement of expenses. However, Rule 9006(c)(1) authorizes the Court to reduce the time required in Rule 2002(a)(6). JAS prepared and served upon the twenty (20) largest unsecured creditors and other parties in interest a notice of hearing on the final fee application eight days prior to the hearing date. A complete copy of the application, including exhibits, was served on the U.S. Trustee and the Debtor. Since there are over 160 creditors and since the confirmed plan provided for a 100% dividend to all creditors, JAS and the Debtor request that notice to all creditors of the instant fee application be waived and the notice to the twenty (20) largest unsecured creditors and other parties in interest be reduced to eight days and the Court determine the notice to be adequate.

WHEREFORE, Joel A. Schechter of the Law Offices of Joel A. Schechter, counsel for the Debtor, prays the Honorable Court enter an order allowing compensation in the amount of

$42,807.50 and reimbursement of expenses in the amount of $1,852.48 and for such other and further relief as the Court may deem just and proper.

                            Respectfully submitted,

                            DeCanio Builders Supply Company, Inc.
                            Debtor/Debtor-in-Possession

                         By: __Joel A. Schechter__
                                Its Attorney

Joel A. Schechter
Attorney No. 03122099
LAW OFFICES OF JOEL A. SCHECHTER
53 W. Jackson Blvd., Suite 1522
Chicago, IL   60604
(312) 332-0267