UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: )
)
) CASE NO. 11-02958
DECANIO BUILDERS SUPPLY )
COMPANY, INC., ) HON. JACQUELINE P. COX
)
DEBTOR/DEBTOR-IN-POSSESSION ) CHAPTER 11

### AFFIDAVIT IN SUPPORT OF FINAL DECREE

John A. Greager, II, M.D., being first duly sworn on oath, deposes and states that if called upon to testify with regard to the motion of the Debtor, DeCanio Builders Supply Company, Inc. for the entry of the final decree closing the case, my testimony would be as follows:

1. That I am a resident of DuPage County, State of Illinois and a licensed medical doctor.

2. That I am a member of the board of directors of the Debtor/Debtor-in-Possession, DeCanio Builders Supply Company, Inc. ("Debtor").

3. That the Second Amended Small Business Plan of Reorganization ("Plan") provided for the extinguishment of current shareholder interests of the Debtor and issuance of stock in the Reorganized Debtor upon the entry of a final, non-appealable order confirming the Plan.

4. That the shareholder interests of the Reorganized Debtor are vested in Adele M. Fahey (50%) and me (50%).

5. That the classes of claims referenced in the confirmed Plan were as follows:

    a. Class 1 consisted of priority claims due past employees for wages and unpaid vacation pay. The claims filed in this class totaled $103,081.34. The Debtor estimated the claims to be $8,938.34. The Debtor and the claimants were engaged in litigation to determine the amount of the claims in Adversary Proceeding 11-00974. Once adjudicated, the Plan provided

for 100% payment, plus interest at 3.25% per annum. The Adversary Proceeding was dismissed on July 15, 2014, pursuant to settlement.

b. Class 2 consisted of the secured claim of U.S. Treasury, Internal Revenue Service, for unpaid tax claims. The claim was estimated at $48,559.68 and the Plan provided for 100% payment, plus interest at 3.25% per annum.

c. Class 3 consisted of the secured claim of Rolewick & Gutzke, P.C., in the estimated amount of $81,706.20, to be repaid 100%, plus interest at 4% per annum.

d. Class 4 consisted of the secured claim of Cook County Treasurer for unpaid real estate taxes in the estimated amount of $38,000.00, to be repaid 100%, plus statutory interest.

e. Class 5 consisted of the unsecured claims of trade creditors in the estimated amount of $167,438.71, to be repaid 100%, plus interest at 3.25% per annum.

f. Class 6 consisted of the unsecured claims of non-trade creditors in the estimated amount of $225,143.61, to be repaid 100%, plus interest at 3.25% per annum.

g. Class 7 consisted of the shareholder interests in the Debtor. Pursuant to the Plan, no payment was to be made to this class and the equity holders' interests were to be extinguished.

6. That all payments required to be made pursuant to the confirmed Plan to Classes 1-6 have been made. to the best of my knowledge. *[initials]*

7. That Class 7 was not entitled to any payment and the Class 7 equity holders' interests were extinguished.

FURTHER, AFFIANT SAYETH NOT.

Dated: _____   _____
John A. Greager, II, M.D.

SUBSCRIBED AND SWORN
to before me this 10 TH day of
~~June~~, 2015.
July

_____
Notary Public

OFFICIAL SEAL
JANICE M WRIGHT
Notary Public - State of Illinois
My Commission Expires Mar 31, 2018

3