UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 11-02958 |
| DECANIO BUILDERS SUPPLY COMPANY, INC. | ) ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Jacqueline P Cox |
| | ) | |
| Debtor(s) | ) | |

## FINAL DECREE CLOSING CHAPTER 11 CASE

At Chicago, IL, this 30th day of June, 2015, before the Honorable Jacqueline P. Cox, Bankruptcy Judge, in the said district and division.

This matter coming on for hearing on the motion of the Debtor, DeCanio Builders Supply Company, Inc. to enter the final decree closing the Chapter 11 case pursuant to 11 U.S.C. Section 350 and Rule 3022 of the Federal Rules of Bankruptcy Procedure; notice having been served on all parties in interest and the twenty largest unsecured creditors of the estate; the Court having jurisdiction and being fully advised in the premises.

NOW THEREFORE, IT IS HEREBY ORDERED that the final decree closing the Chapter 11 case be, and hereby is, entered.

IT IS FURTHER ORDERED that notice of the instant motion to all creditors, be and hereby is, waived under the circumstances of the case.

Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated: July 22, 2015

**Prepared by:**

Joel A. Schechter
Attorney No. 3122099
Law Offices of Joel A. Schechter
53 West Jackson Blvd, Suite 1522
Chicago, IL 60604
312-332-0267